# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### (Southern Division)

|  |  |  |
|---|---|---|
| TECHNOLOGY PATENTS LLC | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 8:07-cv-3012 (AW) |
| | ) | |
| DEUTSCHE TELEKOM AG et al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEAL

NOTICE is hereby given that Plaintiff, Technology Patents LLC, in the above-captioned case hereby appeals to the United States Court of Appeals for the Federal Circuit from the final judgment entered August 5, 2011 in this action.  Appellees include all defendants granted summary judgment of non-infringement including all U.S. defendants, and all defendants dismissed for lack of personal jurisdiction.  It is noted that a Joint Motion to Dismiss All Remaining Counterclaims Without Prejudice was filed August 31, 2011.

Plaintiff appeals all issues appealable in this case, including but not limited to:  (i) summary judgments of non-infringement entered September 30, 2010 and August 5, 2011, (ii) claim constructions entered August 25, 2010 and August 5, 2011, (iii) the denial as futile of Plaintiff's motion to amend entered August 5, 2011, (iv) dismissals for lack of personal jurisdiction entered August 29, 2008, September 8, 2008, September 24, 2008, and February 27, 2009, and (v) denials of Plaintiff's requests for discovery entered August 29, 2008 and February 27, 2009.

September 2, 2011                    Respectfully submitted,


  /s/ *Veronica B. Nannis*
Timothy F. Maloney, Bar No. 03381
tmaloney@jgllaw.com
Veronica B. Nannis, Bar No. 15679
vnannis@jgllaw.com
6404 Ivy Lane
Suite 400
Greenbelt, Maryland 20770
301.220.220 (voice)
301.220.1214 (fax)


  /s/ *Joseph A. Rhoa*
Joseph A. Rhoa, Bar No. 12902
NIXON & VANDERHYE P.C.
901 North Glebe Road, 11th Floor
Arlington, Virginia  22203-1808
Tel: (703) 816-4000
Fax: (703) 816-4100
jar@nixonvan.com

Attorneys for Plaintiff TECHNOLOGY PATENTS LLC