# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TECHNOLOGY PATENTS LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 8:07-cv-3012 (AW) |
| DEUTSCHE TELEKOM AG, et al., | ) |
| Defendants. | ) |

## VOLUNTARY DISMISSAL OF TELECOM MOBILE LIMITED

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff voluntarily dismisses Telecom Mobile Limited from this action without prejudice.  No other defendant is dismissed, or affected in any respect, via this filing.  It is noted that default was entered against defendant Telecom Mobile Limited at Paper 1182 on December 10, 2008 for want of answer or other defense, so that Telecom Mobile Limited has not filed an Answer or otherwise appeared in this case.

September 9, 2011                    Respectfully submitted,

　　　/s/ *Veronica B. Nannis*
Timothy F. Maloney, Bar No. 03381
tmaloney@jgllaw.com
Veronica B. Nannis, Bar No. 15679
vnannis@jgllaw.com
6404 Ivy Lane
Suite 400
Greenbelt, Maryland 20770
301.220.220 (voice)
301.220.1214 (fax)

　　　/s/ *Joseph A. Rhoa*
Joseph A. Rhoa, Bar No. 12902
jar@nixonvan.com
Nixon & Vanderhye, PC

901 N. Glebe Rd., 11th Floor
Arlington, VA  22203-1808
703.816.4000 (voice)
703.816.4100 (fax)

Attorneys for Plaintiff TECHNOLOGY PATENTS LLC