IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **TECHNOLOGY PATENTS LLC,** | * | |
| **Plaintiff,** | * | |
| v. | * | **Case No. 8:07-cv-03012-AW** |
| **DEUTSCHE TELEKOM AG, et al.** | * | |
| **Defendants.** | * | |

**\*\*\***

## CLERK'S ORDER TAXING COSTS

Now pending are the bills of costs for Defendants Motorola, Inc.; T-Mobile USA, Inc.; Sprint Nextel Corporation; Yahoo! Inc.; AT&T Mobility LLC; Cellco Partnership; LG Electronics Mobilecomm U.S.A., Inc.; Microsoft Corporation; and Palm, Inc. ECF No. 1532, 1533, 1534, 1536, 1538, 1540, 1541, 1542, and 1543. Plaintiff has filed a consolidated opposition to these bills of costs. ECF No. 1553. An appeal from this case is also pending before the U.S. Court of Appeals for the Fourth Circuit. *See* ECF No. 1548. Accordingly, the bills of costs are denied without prejudice to Defendants Motorola, Inc.; T-Mobile USA, Inc.; Sprint Nextel Corporation; Yahoo! Inc.; AT&T Mobility LLC; Cellco Partnership; LG Electronics Mobilecomm U.S.A., Inc.; Microsoft Corporation; and Palm, Inc. filing new bills of costs within fourteen (14) days of the U.S. Court of Appeals issuing any mandate affirming judgment against Plaintiff.[1] *See Guidelines for Bills of Costs* § I.F (D. Md. 2011).

FELICIA C. CANNON, CLERK

By: _____/s/_____
Jarrett B. Perlow, Deputy Clerk

Dated this 28th day of October, 2011.

---

[1] To reduce costs to all parties in the event Defendants prevail on appeal, Plaintiff and Defendants need not resubmit the required paper courtesy copies of any documents already submitted as part of these bills of costs.