## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
## SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| TECHNOLOGY PATENTS LLC, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 07-cv-03012-AW |
| | * | |
| DEUTSCHE TELEKOM AG, *et al*, | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>Order</u>

Now pending before the Court are motions for attorneys' fees by Defendants Sprint Nextel Corporation, Yahoo! Inc., AT&T Mobility LLC, and Cellco Partnership. *See* Doc. Nos. 1534 Ex. 1, 1535, 1537, 1539. An appeal from this case is currently pending before the U.S. Court of Appeals for the Federal Circuit. *See* Doc. No. 1554. Pursuant to Local Rule 109.2(a), Defendants' motions are denied without prejudice to Defendants filing new motions for attorneys' fees and memorandums in support thereof within **fourteen (14)** days of the U.S. Court of Appeals issuing any mandate affirming judgment against Plaintiff.[1]

_____/s/_____
Alexander Williams, Jr.
UNITED STATES DISTRICT JUDGE

---

[1]To reduce costs to all parties in the event Defendants prevail on appeal, Plaintiff and Defendants need not resubmit the required paper courtesy copies of any documents already submitted as part of these motions for attorneys' fees.