# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## OPINION ANNOUNCING
## JUDGMENT OF THE COURT

_____ FILED          _____ ENTERED
_____ LOGGED      _____ RECEIVED

OPINION FILED AND JUDGMENT ENTERED: 10/17/12

OCT 1 8 2012

AT GREENBELT
CLERK, U.S. DISTRICT COURT
BY [signature] DISTRICT OF MARYLAND
                                                    DEPUTY

The attached opinion announcing the judgment of the court in your case was filed today. The judgment was entered pursuant to Rule 36. The mandate will be issued in due course.

Information is also provided about petitions for rehearing and suggestions for rehearing en banc. The questions and answers are those frequently asked and answered by the Clerk's Office.

Each side shall bear its own costs.

Regarding exhibits and visual aids: Your attention is directed to FRAP 34(g) which states that the clerk may destroy or dispose of the exhibits if counsel does not reclaim them within a reasonable time after the clerk gives notice to remove them. (The Clerk deems a reasonable time to be 15 days from the date the final mandate is issued.)

JAN HORBALY
Clerk

cc:     Joseph Rhoa
        All Appellees counsel

TECHNOLOGY PATENTS V DEUTSCHE, 2011-1581
DCT - MD, 07-CV-3012