**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| TECHNOLOGY PATENTS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEUTSCHE TELEKOM AG, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 8:07-cv-3012 (AW) |

**SPRINT NEXTEL CORPORATION'S
<u>MOTION FOR COSTS AND ATTORNEYS' FEES</u>**

On August 4, 2011, the Court entered an order granting a Motion for Summary Judgment of Non-Infringement (D.I. 1474-1475) filed by Defendants AT&T Mobility Corp., LG Electronics Mobilecomm USA, Inc., Motorola Mobility, Inc., Palm, Inc., T-Mobile USA, Inc., Cellco Partnership d/b/a Verizon Wireless, Sprint Nextel Corp., and Helio, LLC. *See* D.I. 1529-1530. The Court's order fully resolved all of Plaintiff Technology Patents LLC's ("TPLLC") claims against Sprint Nextel Corporation ("Sprint") in Sprint's favor. *See id.* On October 17, 2012, the Court of Appeals for the Federal Circuit affirmed the summary judgment of non-infringement for Sprint and this Court's claim construction, awarding costs. *Technology Patents, LLC v. T-Mobile (UK) Ltd., et al.*, 2011-1581, Oct. 17, 2012. As the prevailing party, Sprint is entitled to recover its costs, other than attorneys' fees, pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 109.1. Accordingly, Sprint moves the Court to award Sprint its costs. In support of its motion, Sprint is concurrently filing its Bill of Costs, Declaration of Brian Koide, and Memorandum in Support of its motion.

Additionally, Sprint is entitled to recover its attorneys' fees pursuant to 35 U.S.C. § 285,

1

Fed. R. Civ. P. 54, and L.R. 109.2.  Pursuant to L.R. 109.2, Sprint will submit its substantive memorandum[1] in support of this motion within 35 days.

Dated:  October 31, 2012	Respectfully submitted,

/s Brian M. Koide
_____

Brian M. Koide (MD Bar No. 17749)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel:  202-624-2500
Fax:  202-628-5116
bkoide@crowell.com

**Attorney for Defendants Sprint Nextel Corporation and Helio, LLC**

---

[1] To the extent TPLLC seeks reconsideration or appeal of the Court's entry of summary judgment in Sprint's favor, or otherwise continues to pursue claims against Sprint, Sprint expressly reserves the right to supplement its memorandum in support of this motion to include fees and costs incurred thereafter.

2

## CERTIFICATE OF SERVICE

I certify that on October 31, 2012, all counsel of record are being served with a copy of the foregoing **SPRINT NEXTEL CORPORATION'S MOTION FOR COSTS AND ATTORNEYS' FEES** , by the Court's CM/ECF system per Local Rule 102.1(c).

*/s Ann Mace*

Ann Mace