**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| TECHNOLOGY PATENTS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEUTSCHE TELEKOM AG, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 8:07-cv-3012 (AW) |

**SPRINT NEXTEL CORPORATION'S
<u>MEMORANDUM IN SUPPORT OF BILL OF COSTS</u>**

Pursuant to Federal Rule of Civil Procedure 54(d)(1) and Local Rule 109.1(b), Sprint Nextel Corporation ("Sprint") sets forth the grounds supporting its Bill of Costs totaling $15,846.40. A supporting declaration, attaching invoices and other documentation, will be filed concurrently herewith.

**I.   BACKGROUND**

This is a patent lawsuit brought by Plaintiff Technology Patents LLC ("TPLLC") in November 2007 against 131 national and foreign telecommunication companies.[1] On August 4, 2011, the Court entered an order granting a Motion for Summary Judgment of Non-Infringement (D.I. 1474-1475) filed by Defendants AT&T Mobility Corp., LG Electronics Mobilecomm USA, Inc., Motorola Mobility, Inc., Palm, Inc., T-Mobile USA, Inc., Cellco Partnership d/b/a Verizon Wireless, Sprint Nextel Corp., and Helio, LLC. *See* D.I. 1529-1530. The Court's order fully

---

[1] The foreign carrier defendants were dismissed on August 29, 2008.  D.I. 1083.

1

resolved all of TPLLC claims against Sprint in Sprint's favor. *See id.* On October 17, 2012, the Court of Appeals for the Federal Circuit affirmed the summary judgment of non-infringement for Sprint and this Court's claim construction, awarding costs. *Technology Patents, LLC v. T-Mobile (UK) Ltd., et al.*, 2011-1581, Oct. 17, 2012.

## II.   ARGUMENT

Rule 54 provides costs to a prevailing party as a matter of course:

> Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party.

Fed. R. Civ. P. 54(d)(1); *see also Wyne v. Medo Indus., Inc.*, 329 F.Supp.2d 584, 586 (D. Md. 2004) ("Indeed, the rule gives rise to a presumption that costs are to be awarded to the prevailing party.") (internal citation omitted). Costs that are recoverable by a prevailing party include those delineated under 28 U.S.C. §1920. Sprint is among the prevailing parties in this action because the Court has granted judgment in Sprint's favor, which has now been affirmed by the appeals court. D.I. 1529-1530. Each category of costs to which Sprint is entitled is discussed below.

### A.   Fees of the Court Reporter for Stenographic Transcripts Necessarily Obtained for Use in the Case

Fees for transcripts necessarily obtained for use in the case are recoverable under 19 U.S.C. § 1920(2). This Court has confirmed that costs for deposition transcripts and exhibits are taxable against a non-prevailing party under 28 U.S.C. § 1920(2). *See, e.g., Wyne,* 329 F.Supp.2d at 588, 590 ("It is well established that costs incurred in copying depositions, exhibits and other documents for use in the case are taxable against the non-prevailing party.").

1.   **Transcripts of Depositions of Parties to the Case**

This Court's guidelines provide that fees for any "transcript of deposition of a party to the case" are recoverable as well as "copies of papers obtained as exhibits in the deposition." *D. Md. Guidelines for Bills of* Costs, § II.D.1.c. and II.D.1.i, at 5.

After the Court dismissed the foreign carrier defendants, TPLLC noticed the depositions of most of the remaining defendants, which resulted in multiple 30(b)(6) witnesses to testify on technical as well as financial topics. Koide Decl. at ¶5. At its expense, Sprint purchased copies of some of these deposition transcripts and their associated exhibits. Each of these depositions was noticed by TPLLC and therefore were "necessarily obtained for use in the case" and "reasonably necessary."[2] Koide Decl. at ¶ 2; 28 U.S.C. § 1920(2); *LaVay Corp. v. Dominion Fed. Sav. & Loan Ass'n,* 830 F.2d 522, 528 (4th Cir. 1987). Consistent with the Court's guidelines, Sprint seeks the costs incurred in connection with the standard rates for these depositions.

Additionally, Sprint incurred the cost of the deposition transcript of TPLCC, which was obtained for use in the case and provided information about the claims and counterclaims and therefore was reasonably necessary as required by 28 U.S.C. § 1920(2).

| Deposition | Date | Invoice | Type | # of Pages | Rate/Page | Subtotal |
|---|---|---|---|---|---|---|
| Verizon 30(b)(6) | 6/2/2009 | Koide Decl. at Ex. 1-1. | Transcript | 338 | $2.90 | $980.20 |
| Verizon 30(b)(6) | 6/2/2009 | Koide Decl. at Ex. 1-1. | Exhibits | 1362 | $0.25 | $340.50 |

---

[2] Because TPLLC noticed these deposition, there is a separate basis for recovery under § II.D.1.k of the *D. Md. Guidelines for Bills of Costs.*

3

| | | | | | | |
|---|---|---|---|---|---|---|
| AT&T Mobility 30(b)(6) | 6/4/2009 | Koide Decl. at Ex. 1-2. | Transcript | 336 | $2.50 | $840.00 |
| AT&T Mobility 30(b)(6) | 6/4/2009 | Koide Decl. at Ex. 1-2. | Exhibits | 2219 | $0.25 | $554.75 |
| Sprint 30(b)(6) | 6/5/2009 | Koide Decl. at Ex. 1-4. | Transcript | 296 | $2.50 | $740.00 |
| Sprint 30(b)(6) | 6/5/2009 | Koide Decl. at Ex. 1-4. | Exhibits | 2637 | $0.25 | $659.25 |
| Clickatell 30(b)(6) | 6/29/2009 | Koide Decl. at Ex. 1-5. | Transcript | 161 | $2.90 | $466.90 |
| Clickatell 30(b)(6) | 6/29/2009 | Koide Decl. at Ex. 1-5. | Exhibits | 93 | $0.25 | $23.25 |
| T-Mobile 30(b)(6) | 6/9/2009 | Koide Decl. at Ex. 1-3. | Transcript | 270 | $2.95 | $796.50 |
| T-Mobile 30(b)(6) | 6/9/2009 | Koide Decl. at Ex. 1-3. | Exhibits | 1873 | $0.40 | $749.20 |
| Aris Mardirossian, TPLLC 30(b)(6) Witness | 7/8/2009 | Koide Decl. at Ex. 1-11. | Transcript | 294 | $2.75 | $808.50 |
| Aris Mardirossian, TPLLC 30(b)(6) Witness | 7/8/2009 | Koide Decl. at Ex. 1-11. | Exhibits | 51 | $0.70 | $35.70 |
| Aris Mardirossian, TPLLC 30(b)(6) Witness | 7/9/2009 | Koide Decl. at Ex. 1-12. | Transcript | 334 | $2.75 | $918.50 |
| Aris Mardirossian, TPLLC 30(b)(6) Witness | 7/9/2009 | Koide Decl. at Ex. 1-12. | Exhibits | 455 | $0.70 | $318.50 |
| Aris Mardirossian, TPLLC 30(b)(6) Witness | 7/10/2009 | Koide Decl. at Ex. 1-13. | Transcript | 229 | $2.75 | $629.75 |
| Aris Mardirossian, TPLLC 30(b)(6) Witness | 7/10/2009 | Koide Decl. at Ex. 1-13. | Exhibits | 78 | $0.70 | $54.60 |
| AT&T Mobility 30(b)(6) | 1/14/2010 | Koide Decl. at Ex. 1-7. | Transcript | 325 | $2.95 | $958.75 |

| | | | | | | |
|---|---|---|---|---|---|---|
| AT&T Mobility 30(b)(6) | 1/14/2010 | Koide Decl. at Ex. 1-7. | Exhibits | 1422 | $0.25 | $355.50 |
| T-Mobile 30(b)(6), Condreay | 1/15/2010 | Koide Decl. at Ex. 1-8. | Transcript | 259 | $2.95 | $764.05 |
| T-Mobile 30(b)(6), Condreay | 1/15/2010 | Koide Decl. at Ex. 1-8. | Exhibits | 342 | $0.25 | $85.50 |
| T-Mobile 30(b)(6), Foster | 1/15/2010 | Koide Decl. at Ex. 1-8. | Transcript | 35 | $2.95 | $103.25 |
| T-Mobile 30(b)(6), Foster | 1/15/2010 | Koide Decl. at Ex. 1-8. | Exhibits | 319 | $0.25 | $79.75 |
| Verizon 30(b)(6) | 1/20/2010 | Koide Decl. at Ex. 1-9. | Transcript | 319 | $2.95 | $941.05 |
| Verizon 30(b)(6) | 1/20/2010 | Koide Decl. at Ex. 1-9. | Exhibits | 494 | $0.25 | $123.50 |
| Sprint 30(b)(6) | 1/22/2010 | Koide Decl. at Ex. 1-10. | Transcript | 264 | $2.75 | $726.00 |
| Sprint 30(b)(6) | 1/22/2010 | Koide Decl. at Ex. 1-10. | Exhibits | 1497 | $0.25 | $374.25 |
| **Total** | | | | | | **$13,427.70** |

**2. Transcripts Used in Support of a Motion**

This Court's guidelines also state that a prevailing party may recover costs for any "transcript used in support of a motion." *D. Md. Guidelines for Bills of Costs*, §II.D.1.f, at 5. The following chart details Sprint's costs associated with depositions used in support of a motion. This deposition, of TPLLC's expert, was "necessarily obtained for use in the case" and was "reasonably necessary" as is substantiated by its inclusion in the motion noted below.

| Deposition and Date | Motion and Page | Motion Date | Invoice | Type | # of Pages | Rate/ Page | Subtotal |
|---|---|---|---|---|---|---|---|
| Regis Bates 11/10/2010 | Def.'s Mot. For Sum. Judg. Of Non-Infring. of U.S.P. '870 | 1/27/2011 | Koide Decl. at Ex. 1-14. | Transcript | 317 | $2.65 | $840.05 |

5

| | | | | | | |
|---|---|---|---|---|---|---|
| | (D.I. 1474, under seal) at pages 5, 6, 7, 9, and 10. | | | | | |
| Regis Bates 11/10/2010 | | | Koide Decl. at Ex. 1-14. | Exhibits | 2,015 | 0.35 | $705.25 |
| **Total** | | | | | | | **$1,545.30** |

### 3. Transcripts of An Opposing Party's Noticed Depositions

Under this Court's guidelines, a prevailing party may also recover costs for a "transcripts of an opposing party's noticed depositions." *D. Md. Guidelines for Bills of Costs*, §II.D.1.k, at 6. The deposition in the chart below was noticed by TPLLC and therefore was "necessarily obtained for use in the case" and "reasonably necessary." Koide Decl. at ¶ 2; 28 U.S.C. § 1920(2); *LaVay Corp. v. Dominion Fed. Sav. & Loan Ass'n,* 830 F.2d 522, 528 (4th Cir. 1987).

| Deposition | Date | Invoice | Type | # of Pages | Rate/Page | Subtotal |
|---|---|---|---|---|---|---|
| 30(b)(6) Syniverse | 9/17/2009 | Koide Decl. at Ex. 1-6. | Transcript | 212 | $2.95 | $625.40 |
| 30(b)(6) Syniverse | 9/17/2009 | Koide Decl. at Ex. 1-6. | Exhibit | 992 | $0.25 | $248.00 |
| **Total** | | | | | | **$873.40** |

## III.   CONCLUSION

For the reasons stated above, Sprint requests that the Court tax the costs described above to TPLLC.

Dated October 31, 2012                    Respectfully submitted,

/s Brian M. Koide

Brian M. Koide (MD Bar No. 17749)
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC 20004
Tel:  202-624-2500
Fax:  202-628-5116
bkoide@crowell.com

**Attorney for Defendants Sprint Nextel Corporation and Helio, LLC**

## CERTIFICATE OF SERVICE

I certify that on October 31, 2012, all counsel of record are being served with a copy of the foregoing **SPRINT NEXTEL CORPORATION'S MEMORANDUM IN SUPPORT OF BILL OF COSTS**, by the Court's CM/ECF system per Local Rule 102.1(c).

*/s Ann Mace*

Ann Mace