**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | | |
|---|---|---|
| TECHNOLOGY PATENTS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:07-cv-3012 (AW) |
| | ) | |
| DEUTSCHE TELEKOM AG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DECLARATION OF BRIAN KOIDE IN SUPPORT OF
SPRINT NEXTEL CORPORATION'S BILL OF COSTS**

I, Brian M. Koide, declare and state as follows:

1.      I am an attorney at Crowell & Moring LLP in Washington, D.C., and I represent Sprint Nextel Corporation ("Sprint") and Helio, LLC in the above captioned matter.

2.      The items claimed in Sprint's Bill of Costs are correct, were necessarily incurred in the case, and the services for which fees have been charged were actually and necessarily performed.

3.      Attached as Exhibit 1 are true and correct copies of all invoices from Henderson Legal Services, Inc., Alderson Reporting Co., Inc., and LegaLink, Inc. relevant to Sprint's Bill of Costs.

4.      Attached as Exhibit 2 is a true and correct copy of an August 17, 2011 email exchange between Mr. Matthew Bieber and my colleague Ms. Mace confirming that although the word "expedited" appears on some of the invoices from Henderson Legal Services, Sprint was charged standard rates for each deposition.  "Expedited" appears on the invoice if another party orders the transcript on an expedited basis.

1

5.      The Plaintiff, Technology Patents LLC ("TPLLC"), noticed two different 30(b)(6)

depositions for Sprint, requiring two different witnesses: one to testify regarding financial topics

and another to testify about technical topics.  TPLLC's 30(b)(6) deposition notices to Sprint are

attached as Exhibit 3.  I understand, based on documents I received in the course of the litigation,

that TPLCC pursued a similar strategy at least with respect to Verizon, AT&T, and T-Mobile.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge, information, and belief.

*/s Brian M. Koide*

Dated:  October 31, 2012      _____

Brian M. Koide

## CERTIFICATE OF SERVICE

I certify that on October 31, 2012, all counsel of record are being served with a copy of the foregoing **DECLARATION OF BRIAN KOIDE IN SUPPORT OF BILL OF COSTS**, by the Court's CM/ECF system per Local Rule 102.1(c).

*/s Ann Mace*

_____

Ann Mace

DCACTIVE-21517220.1