**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

|  |  |
|---|---|
| TECHNOLOGY PATENTS LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 8:07-cv-3012 (AW) |
| ) | |
| DEUTSCHE TELEKOM AG, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS' MOTION FOR
<u>COSTS AND ATTORNEYS' FEES</u>**

On August 4, 2011, the Court entered an order granting a Motion for Summary Judgment of Non-Infringement (D.I. 1474-1475) filed by Defendants AT&T Mobility Corp., LG Electronics Mobilecomm USA, Inc., Motorola Mobility, Inc., Palm, Inc., T-Mobile USA, Inc., Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless"), Sprint Nextel Corp., and Helio, LLC.  *See* D.I. 1529-1530.  The Court's order fully resolved all of Plaintiff Technology Patents LLC's ("TPLLC") claims against Verizon Wireless in Verizon Wireless' favor. *See id*.  On October 17, 2012, the Court of Appeals for the Federal Circuit affirmed the summary judgment of noninfringement for Verizon Wireless and this Court's claim construction, awarding costs. *Technology Patents, LLC v. T-Mobile (UK) Ltd., et al.*, 2011-1581, Oct. 17, 2012.  As the prevailing party, Verizon Wireless is entitled to recover its costs, other than attorneys' fees, pursuant to Federal Rule of Civil Procedure 54(d) and Local Rule 109.1.  Accordingly, Verizon Wireless moves the Court to award Verizon Wireless its costs.  In support of its motion, Verizon Wireless is concurrently filing its Bill of Costs, Declaration of Kevin P. Anderson, and Memorandum in Support of its motion.

Additionally, Verizon Wireless is entitled to recover its attorneys' fees pursuant to 35 U.S.C. § 285, Fed. R. Civ. P. 54, and L.R. 109.2. Pursuant to L.R. 109.2, Verizon Wireless will submit its substantive memorandum[1] in support of this motion within 35 days.

2

Dated:   October 31, 2012     Respectfully submitted,

   /s/  *Kevin P. Anderson*
Thomas W. Kirby (MD Bar No 04798)
James H. Wallace, Jr. *(Pro Hac Vice)*
Kevin P. Anderson (*Pro Hac Vice*)
**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000 (Tel.)
(202) 719-7049 (Fax)
tkirby@wileyrein.com
jwallace@wileyrein.com
kanderson@wileyrein.com

**Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless**

**CERTIFICATE OF SERVICE**

      I certify that on October 31, 2012, all counsel of record were served with a copy of this document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule CV-102.1(c), if they have consented to electronic service, or (2) by electronic mail, pursuant to FRCP 5(b)(2)(D), if they have not so consented.

                                       */s/ Kevin P. Anderson*
                                       Kevin P. Anderson