**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

| | |
|---|---|
| TECHNOLOGY PATENTS LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 8:07-cv-3012 (AW) |
| DEUTSCHE TELEKOM AG, et al., | ) |
| Defendants. | ) |

**AFFIDAVIT OF KEVIN P. ANDERSON IN SUPPORT OF VERIZON WIRELESS' BILL OF COSTS**

I, Kevin P. Anderson, being first duly sworn state as follows:

1. I am over the age of twenty-one, and I am fully competent to make this Affidavit.

2. I am an attorney at Wiley Rein LLP in Washington DC, and I represent Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") in the above captioned matter.

3. I am familiar with the costs incurred in this case, including the deposition transcript and exhibit costs and the service costs currently sought in Verizon Wireless' Bill of Costs. I can attest that the items claimed in the Bill of Costs are correct. I can also attest that the costs sought were necessarily incurred in litigating this case, and that the services for which fees have been charged were actually and necessarily performed. Each of these items was separately billed to the client and does not represent firm overhead.

4. Yahoo! initially paid the entirety of the costs associated with the deposition of TPLLC's 30(b)(6) witness. Yahoo! then asked the other 11 defendants remaining in the lawsuit at the time to split those costs, such that each party would be responsible for paying 1/12th of the costs. Verizon Wireless paid its 1/12th share of the cost of the deposition.

1

5.Attached as Exhibit 1 are true and correct copies of all invoices relevant to Verizon Wireless' Bill of Costs.

6.Attached as Exhibit 2 is a true and correct copy of the August 2011 Guidelines for Bills of Costs provided by the United States District Court for the District of Maryland.

7.Attached as Exhibit 3 is a true and correct copy of an email from M. Bieber of Henderson Legal Services providing copy rates for regular and expedited delivery of transcripts and copy rates for exhibits.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  October 31, 2012

/s/ Kevin P. Anderson
_____
Kevin P. Anderson