**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

|  |  |
|---|---|
| TECHNOLOGY PATENTS LLC,         )<br>                                                         )<br>            Plaintiff,                          )<br>                                                         )<br>      v.                                            )<br>                                                         )<br>DEUTSCHE TELEKOM AG, et al.,   )<br>                                                         )<br>            Defendants.                       )<br>                                                         ) | Civil Action No. 8:07-cv-3012 (AW) |

**DEFENDANT AT&T MOBILITY LLC'S
MOTION FOR COSTS AND ATTORNEYS' FEES**

On August 4, 2011, the Court entered an order granting Motions for Summary Judgment of Non-Infringement (D.I. 1474) filed by Defendants AT&T Mobility LLC ("AT&T Mobility"), T-Mobile USA, Inc. ("T-Mobile"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), Sprint Nextel Corporation ("Sprint"), Motorola Mobility, Inc. ("Motorola"), Palm, Inc. ("Palm"), LG Electronics Mobilecomm USA, Inc. ("LG"), and Helio LLC ("Helio"). *See* D.I. 1529. The Court's order fully resolved all of Plaintiff Technology Patents LLC's ("TPLLC") claims against AT&T in AT&T's favor. *See id.* Having successfully prevailed on all claims against it in the lawsuit filed by TPLLC, AT&T Mobility moves the Court for an award of costs and attorneys' fees incurred in this action.

As the prevailing party, AT&T Mobility is entitled to recover its costs, other than attorneys' fees, pursuant to Fed. R. Civ. P. 54 and L.R. 109.1. AT&T Mobility's Bill of Costs is being filed herewith.

Additionally, AT&T Mobility is entitled to recover its attorneys' fees pursuant to 35 U.S.C. § 285, Fed. R. Civ. P. 54, and L.R. 109.2. Pursuant to L.R. 109.2, AT&T Mobility will submit its substantive memorandum[1] in support of this motion within 35 days.

---

[1] To the extent TPLLC seeks reconsideration or appeal of the Court's entry of summary judgment in AT&T Mobility's favor (D.I. 1529), or otherwise continues to pursue claims against AT&T Mobility, AT&T Mobility expressly reserves the right to supplement its memorandum in support of this motion to include fees and costs incurred thereafter.

Dated: October 31, 2012            Respectfully submitted,

                              By: */s/ Christopher W. Kennerly*

Bryant C. Boren, Jr., Lead Attorney (admitted *p.h.v.*)
   California Bar No. 260602
   Texas Bar No. 02664100
   E-mail: bryant.c.boren@bakerbotts.com

Christopher W. Kennerly (admitted *p.h.v.*)
   California Bar No. 255932
   Texas Bar No. 00795077
   E-mail: chris.kennerly@bakerbotts.com

Kevin E. Cadwell (admitted *p.h.v.*)
   California Bar No. 255794
   Texas Bar No. 24036304
   E-mail: kevin.cadwell@bakerbotts.com

**BAKER BOTTS L.L.P.**
620 Hansen Way
Palo Alto, California 94304
Telephone: 650-739-7500
Facsimile: 650-739-7699


Bruce Marcus
   Bar No. 06341
**LAW OFFICES OF MARCUS BONSIB, LLC**
6411 Ivy Lane, Suite 116
Greenbelt, MD  20770
Telephone: 301-441-3000  Fax: 301-441-3003
Email: bmarcus@marcusbonsib.com


**ATTORNEYS FOR AT&T MOBILITY, LLC**

**CERTIFICATE OF SERVICE**

      I certify that on October 31, 2012, all counsel of record are being served with a copy of the foregoing **AT&T MOBILITY LLC'S MOTION FOR COSTS AND ATTORNEYS' FEES**, by the Court's CM/ECF system per Local Rule 102.1(c).

                                                                           */s/  Christopher W. Kennerly*