**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| TECHNOLOGY PATENTS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEUTSCHE TELEKOM AG, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 8:07-cv-3012 (AW) |

**DEFENDANT AT&T MOBILITY LLC'S MEMORANDUM
IN SUPPORT OF BILL OF COSTS**

Defendant AT&T Mobility LLC ("AT&T Mobility") files this Memorandum in Support of Its Bill of Costs ("Memorandum"). As detailed below, the Bill of Costs totals $22,854.10. The Declaration of Kevin E. Cadwell in support of the Bill of Costs ("Cadwell Decl.") is also being filed concurrently herewith.[1]

## I. BACKGROUND

This is a patent lawsuit brought by Plaintiff Technology Patents LLC ("TPLLC") in November 2007 against 131 national and foreign telecommunication companies. On January 27, 2011, Defendants AT&T Mobility, T-Mobile USA, Inc. ("T-Mobile"), Cellco Partnership d/b/a Verizon Wireless ("Verizon"), Sprint Nextel Corporation ("Sprint"), Motorola Mobility, Inc. ("Motorola"), Palm, Inc. ("Palm"), LG Electronics Mobilecomm USA, Inc. ("LG"), and Helio LLC ("Helio") moved for summary judgment of no infringement. *See* D.I. 1474. The Court granted the Motion on August 4, 2011. *See* D.I. 1529. As a prevailing party in this matter, pursuant to Fed. R. Civ. P. 54(d) and Local Rule 109.1, AT&T Mobility seeks to recover certain of its costs.[2]

## II. ARGUMENT

Rule 54 provides that costs are allowed to a prevailing party *as a matter of course*:

> Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party.

Fed. R. Civ. P. 54(d)(1); *see also Wyne v. Medo Indus., Inc.*, 329 F.Supp.2d 584, 586 (D. Md. 2004) ("Indeed, the rule gives rise to a presumption that costs are to be awarded to the prevailing party.")

---

[1]   All invoices related to this Memorandum are attached as Exhibit 1 to the Cadwell Decl..

[2]   AT&T Mobility further moves to recover its attorneys' fees pursuant to 35 U.S.C. § 285, Fed. R. Civ. P. 54, and L. R. 109.2. Pursuant to L. R. 109.2, AT&T mobility will submit its substantive memorandum in support of its claim for attorneys' fees within 35 days.

1

(internal citation omitted). Costs that are recoverable by a prevailing party include those delineated under 28 U.S.C. § 1920, specifically "[f]ees for printed or electronically recorded transcripts necessarily obtained for use in the case." *See* 28 U.S.C. § 1920(2). Courts in this district have likewise confirmed that costs for deposition transcripts and exhibits are taxable against a non-prevailing party under 28 U.S.C. § 1920(2):

> The costs associated with a deposition are commonly awarded when the taking of the deposition is reasonably necessary at the time of its taking.

*See, e.g., Wyne,* 329 F.Supp.2d at 588 (internal citation omitted); *see also id*. at 590 ("It is well established that costs incurred in copying depositions, exhibits and other documents for use in the case are taxable against the non-prevailing party.").

This Court's guidelines further provide that fees for "electronically recorded transcripts" are recoverable for any "transcript of deposition of a party to the case." *See* the Guidelines for Bills of Costs for the United States District Court for the District of Maryland, http://www.mdd.uscourts.gov/publications/forms/BillofCostsGuidelines.pdf ("Guidelines"), at § II.D.1.c. As explained below, AT&T Mobility incurred costs associated with depositions of TPLLC, as well as the deposition of other defendants and third parties, which were necessitated by TPLLC having noticed and taken those depositions. *See* Cadwell Decl., Exh. 2 (Compilation of TPLLC's 30(b)(6) Deposition Notices).[3] Additionally, a prevailing party may recover costs for a "transcript used in support of a motion." *See* Guidelines at 5, § II.D.1.f. Because AT&T Mobility incurred costs for the deposition of Regis Bates, whose deposition was utilized in connection with AT&T Mobility's

---

[3] The attached compilation of TPLLC's 30(b)(6) deposition notices do not include every iteration or amendment to said notices, but are sufficient to establish that the notices correspond to the transcript invoices attached as a separate exhibit.

2

successful motion for summary judgment, AT&T Mobility seeks to recover the costs for Mr. Bates' deposition transcript.

### A. AT&T Mobility Is Entitled to Recover Costs Associated with Depositions Noticed by Plaintiff in This Case.

Fed. R. Civ. P. 54(d)(1), 28 U.S.C. § 1920(2) and this Court's Guidelines establish that AT&T Mobility can recover its costs associated with the depositions noticed by plaintiff in this case. As such, AT&T Mobility seeks its costs associated with deposition transcripts for plaintiff,[4] defendants, and third parties.

#### 1. AT&T Mobility May Recover Its Pro-Rata Share of The Costs Associated with Depositions Noticed by Plaintiff.

During the course of the litigation, TPLLC noticed the deposition of every defendant in this case and of third parties. AT&T Mobility, at its own expense, purchased copies of the transcripts of these depositions and the exhibits thereto. *See* Cadwell Decl. at Exh. 1. Consistent with this Court's Guidelines, AT&T Mobility seeks only the costs for copies of the transcripts it incurred in connection with these depositions. *See* Guidelines at 2-3, § I.E. Furthermore, AT&T Mobility has adjusted the charges to reflect only those costs associated with standard copy rates.[5] *See id.* at 6, § II.D.2.a

As shown in the chart below, AT&T Mobility's total taxable costs for the depositions of these parties are $18,778.80.

---

[4] Fed. R. Civ. P. 54(d)(1), 28 U.S.C. § 1920(2) and this Court's Guidelines also provide that AT&T Mobility may recover its costs associated with the deposition of plaintiff as a party to this case.

[5] Some of the invoices related to the depositions set out the costs for expedited service. *See* Cadwell Decl. Exh. 1 at 1-15. The $5.00 per page expedited rate for the July 28, 2009 Transcript of Tata Communication's 30(b)(6) Witness, Philippe Gagnon, has been converted to the standard rate of $2.95 per page. According to the service provider for the Defendants' 30(b)(6) depositions, the standard per page rate for a transcript is $2.50-$2.95 and the standard per page rate for exhibits is $0.25-40, depending on the state in which the deposition was held. *See* Cadwell Decl. at Exh. 3 (October 7, 2010 email exchange between Mr. Matthew Bieber and Jared Barcenas regarding costs associated with Henderson Legal deposition services).

| Deposition (Location) | Invoice | Costs | | | |
|---|---|---|---|---|---|
| | | **Type** | **# of Pages** | **Per Page Rate** | **Subtotal** |
| 6/2/2009: 30(b)(6) Verizon Wireless, J. Kupsh (Walnut Creek, CA) | Cadwell Decl. Exh. 1 at 1 | Transcript | 338 | $2.90 | $980.20 |
| | | Exhibits | 1,362 | $0.25 | $340.50 |
| 6/4/2009: 30(b)(6) AT&T Mobility, J. McNamara (Dallas, TX) | Cadwell Decl. Exh. 1 at 2 | Transcript | 336 | $2.50 | $840.00 |
| | | Exhibits | 2,219 | $0.25 | $554.75 |
| 6/5/2009: 30(b)(6) Sprint Nextel Corp., P. Wilson (Washington, DC) | Cadwell Decl. Exh. 1 at 3 | Transcript | 296 | $2.50 | $740.00 |
| | | Exhibits | 2,637 | $0.25 | $659.25 |
| 6/9/2009: 30(b)(6) T-Mobile, A. Buzescu (Seattle, WA) | Cadwell Decl. Exh. 1 at 4 | Transcript | 270 | $2.95 | $796.50 |
| | | Exhibits | 1,873 | $0.40 | $749.20 |
| 6/12/2009: 30(b)(6) Clickatell, W. Wolfe (Palo Alto, CA) | Cadwell Decl. Exh. 1 at 5 | Transcript | 161 | $2.90 | $466.90 |
| | | Exhibits | 93 | $0.25 | $23.25 |
| 7/24/2009: 30(b)(6) Motorola, N. Gottschalk; K. Urs; D. Yen (Mundelein, IL) | Cadwell Decl. Exh. 1 at 6 | Transcript | 263 | $2.65 | $696.95 |
| | | Exhibits | 2143 | $0.25 | $535.75 |

| Deposition (Location) | Invoice | Costs | | | |
|---|---|---|---|---|---|
| | | Type | # of Pages | Per Page Rate | Subtotal |
| 7/28/2009: 30(b)(6) Tata Communications, P. Gagnon (Woodbridge, NJ) | Cadwell Decl. Exh. 1 at 7 | Transcript | 169 | $2.95 | $498.55 |
| | | Exhibits | 263 | $0.25 | $65.75 |
| 7/29/2009: 30(b)(6) Sybase, R. Lovell (Reston, VA) | Cadwell Decl. Exh. 1 at 8 | Transcript | 133 | $2.50 | $332.50 |
| | | Exhibits | 18 | $0.25 | $4.50 |
| 7/29/2009: 30(b)(6) T-Mobile, A. Buzescu (Bellevue, WA) | Cadwell Decl. Exh. 1 at 9 | Transcript | 41 | $2.95 | $120.95 |
| | | Exhibits | 2 | $0.25 | $0.50 |
| 7/29/2009: 30(b)(6) LG Electronics Mobilecomm USA, W. Naugler (San Diego, CA) | Cadwell Decl. Exh. 1 at 10 | Transcript | 177 | $2.90 | $513.30 |
| | | Exhibits | 2,337 | $0.25 | $584.25 |
| 7/30/2009: 30(b)(6) Samsung, J. Ahn; J. Lee (Los Angeles, CA) | Cadwell Decl. Exh. 1 at 11 | Transcript | 210 | $2.95 | $619.50 |
| | | Exhibits | 1,968 | $0.25 | $492.00 |
| 7/30/2009: 30(b)(6) Microsoft, J. Parsons (Seattle, WA) | Cadwell Decl. Exh. 1 at 12 | Transcript | 366 | $2.95 | $1,079.70 |
| | | Exhibits | 813 | $0.25 | $203.25 |

| Deposition (Location) | Invoice | Costs | | | |
|---|---|---|---|---|---|
| | | Type | # of Pages | Per Page Rate | Subtotal |
| 7/31/2009: 30(b)(6) AT&T Mobility, J. McNamara (Atlanta, GA) | Cadwell Decl. Exh. 1 at 13 | Transcript | 43 | $2.00 | $86.00 |
| 8/11/2009: 30(b)(6) Aicent Corp., D. Zhang (Palo Alto, CA) | Cadwell Decl. Exh. 1 at 14 | Transcript | 103 | $2.90 | $298.70 |
| | | Exhibits | 349 | $0.25 | $87.25 |
| 9/3/2009: 30(b)(6) Microsoft, A. Mills (San Francisco, CA) | Cadwell Decl. Exh. 1 at 15 | Transcript | 170 | $2.95 | $501.50 |
| | | Exhibits | 220 | $0.25 | $55.00 |
| 9/11/2009: 30(b)(6) Microsoft, T. Pack (Seattle, WA) | Cadwell Decl. Exh. 1 at 16 | Transcript | 135 | $2.95 | $398.25 |
| | | Exhibits | 158 | $0.25 | $39.50 |
| 9/17/2009: 30(b)(6) Syniverse, C. Wright (Tampa, FL) | Cadwell Decl. Exh. 1 at 17 | Transcript | 212 | $2.95 | $625.40 |
| | | Exhibits | 992 | $0.25 | $248.00 |
| 9/24/2009: 30(b)(6) Yahoo!, V. Aggarwal (Palo Alto, CA) | Cadwell Decl. Exh. 1 at 18 | Transcript | 245 | $2.90 | $710.50 |
| | | Exhibits | 339 | $0.25 | $84.75 |
| 11/13/2009: | Cadwell | Transcript | 87 | $2.95 | $256.65 |

| Deposition (Location) | Invoice | Costs | | | |
|---|---|---|---|---|---|
| | | Type | # of Pages | Per Page Rate | Subtotal |
| 30(b)(6) Microsoft, M. Deighton (Seattle, WA) | Decl. Exh. 1 at 19 | Exhibits | 41 | $0.25 | $10.25 |
| 1/14/2010: 30(b)(6) AT&T Mobility, A. Lewis (Bellevue, WA) | Cadwell Decl. Exh. 1 at 20 | Transcript | 325 | $2.95 | $958.75 |
| | | Exhibits | 1,422 | $0.25 | $355.50 |
| 1/20/2010: 30(b)(6) Verizon, D. Popik (Basking Ridge, NJ) | Cadwell Decl. Exh. 1 at 21 | Transcript | 319 | $2.95 | $941.05 |
| | | Exhibits | 494 | $0.25 | $123.50 |
| 1/22/2010: 30(b)(6) Sprint Nextel, J. Kennedy (Overland Park, KS) | Cadwell Decl. Exh. 1 at 22 | Transcript | 264 | $2.75 | $726.00 |
| | | Exhibits | 1,497 | $0.25 | $374.25 |
| **Total** | | | | | **$18,778.80** |

**2.     AT&T Mobility May Recover Its Pro-Rata Share of the Costs Associated with the Deposition Of TPLLC.**

The Defendants took the deposition of plaintiff TPLLC, a party to this case, pursuant to Rule 30(b)(6). *See* Cadwell Decl. Exh. 4 (Defendants' June 30, 2009 30(b)(6) Deposition Notice of TPLLC). AT&T Mobility seeks the costs of this deposition, as detailed in the chart below. Consistent with this Court's Guidelines, AT&T Mobility has adjusted the charges to reflect only those costs associated with

standard copy rates. *See* Guidelines at 6, § II.D.2.a. AT&T Mobility's total taxable costs for the 30(b)(6) deposition of TPLLC are $2,799.05.

| Deposition (Location) | Invoice | Costs | | | |
|---|---|---|---|---|---|
| | | Type | # of Pages | Per Page Rate | Subtotal |
| 7/8/2009: 30(b)(6) TPLLC (Arlington, VA) | Cadwell Decl. Exh. 1 at 25 | Transcript | 294 | $2.75 | $808.50 |
| | | Exhibits | 51 | $0.70 | $35.70 |
| 7/9/2009: 30(b)(6) TPLLC (Arlington, VA) | Cadwell Decl. Exh. 1 at 26 | Transcript | 334 | $2.75 | $918.50 |
| | | Exhibits | 455 | $0.70 | $318.50 |
| 7/10/2009: 30(b)(6) TPLLC (Arlington, VA) | Cadwell Decl. Exh. 1 at 23 | Transcript | 229 | $2.75 | $629.75 |
| | | | 9 | $1.50 | $13.50 |
| | | Exhibits | 78 | $0.70 | $54.60 |
| **Total** | | | | | **$2,779.05** |

### B. AT&T Mobility Is Entitled to the Costs of Depositions Used In Support Of Its Summary Judgment Motion

A prevailing party may recover costs for a "transcript used in support of a motion." *See* Guidelines at 5, § II.D.1.f. In its prevailing summary judgment motion, AT&T Mobility relied on the testimony of TPLLC's expert, Regis Bates, for evidence relevant to non-infringement. *See, e.g.,* D.I. 1474 at 5-10. (citing testimony of Regis Bates). As such, AT&T Mobility seeks to recover the costs for Mr. Bates' deposition transcript. *See Wyne*, 329 F.Supp.2d at 589 (finding deposition costs properly taxable because "they were reasonably necessary at the time of their taking and were submitted in

8

connection with the event which terminated the litigation."). As was the case with respect to the depositions of the parties, AT&T Mobility seeks only that portion of the transcript that was charged to AT&T Mobility and does not seek any expediting charges. The chart below details the costs charged to AT&T Mobility for the deposition of Mr. Bates:

| Deposition (Location) | Invoice | Costs | | | |
|---|---|---|---|---|---|
| | | Type | # of Pages | Per Page Rate | Subtotal |
| 11/10/2010: Regis Bates (Arlington, VA) | Cadwell Decl. Exh. 1 at 27 | Transcript | 317 | $2.50 | $792.50 |
| | | Exhibits | 2,015 | $0.25 | $503.75 |
| **Total** | | | | | **$1,296.25** |

### III.  CONCLUSION

AT&T has incurred a total of $22,854.10 costs, as the following chart illustrates:

| Cost Categories | Cost |
|---|---|
| Depositions taken by Plaintiff TPLLC | $18,778.80 |
| Deposition of Plaintiff TPLLC | $2,779.05 |
| Depositions Utilized In Connection With Prevailing Summary Judgment Motion | $1,296.25 |
| **Total** | **$22,854.10** |

Having successfully prevailed on all claims against it in the lawsuit filed by TPLLC, in accordance with this Court's rules, AT&T Mobility respectfully requests that the Clerk order that TPLLC be taxed with costs to AT&T Mobility in the amount of $22,854.10.

9

Dated:   October 31, 2012                Respectfully submitted,

By: */s/ Christopher W. Kennerly*

Bryant C. Boren, Jr., Lead Attorney (admitted *p.h.v.*)
   California Bar No. 260602
   Texas Bar No. 02664100
   E-mail: bryant.c.boren@bakerbotts.com

Christopher W. Kennerly (admitted *p.h.v.*)
   California Bar No. 255932
   Texas Bar No. 00795077
   E-mail: chris.kennerly@bakerbotts.com

Kevin E. Cadwell (admitted *p.h.v.*)
   California Bar No. 255794
   Texas Bar No. 24036304
   E-mail: kevin.cadwell@bakerbotts.com
**BAKER BOTTS L.L.P.**
620 Hansen Way
Palo Alto, California 94304
Telephone: 650-739-7500
Facsimile: 650-739-7699


Bruce Marcus
   Bar No. 06341
**LAW OFFICES OF MARCUS BONSIB, LLC**
6411 Ivy Lane, Suite 116
Greenbelt, MD  20770
Telephone: 301-441-3000  Fax: 301-441-3003
Email: bmarcus@marcusbonsib.com


**ATTORNEYS FOR AT&T MOBILITY, LLC**

## CERTIFICATE OF SERVICE

I certify that on October 31, 2012, all counsel of record are being served with a copy of the foregoing **AT&T MOBILITY LLC'S MEMORANDUM IN SUPPORT OF ITS BILL OF COSTS**, by the Court's CM/ECF system per Local Rule 102.1(c).

_/s/  Christopher W. Kennerly_
