**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| TECHNOLOGY PATENTS LLC,   )<br>                                                         )<br>                    Plaintiff,        )<br>                                                         )<br>           v.                                          )          Civil Action No. 8:07-cv-3012 (AW)<br>                                                         )<br>DEUTSCHE TELEKOM AG, et al.,  )<br>                                                         )<br>                    Defendants.    )<br>                                                         ) | |

**DECLARATION OF KEVIN CADWELL IN SUPPORT OF
AT&T MOBILITY LLC'S BILL OF COSTS**

I, Kevin E. Cadwell, being first duly sworn state as follows:

1. I am an attorney at Baker Botts L.L.P. in Palo Alto, California, and I represent AT&T Mobility LLC ("AT&T") in the above captioned matter.

2. Attached as Exhibit 1 are true and correct copies of all invoices relevant to AT&T's Bill of Costs.

3. Attached as Exhibit 2 is a true and correct copy of a Compilation of Technology Patents LLC ("TPLLC") 30(b)(6) Deposition Notices.

4. Attached as Exhibit 3 is a true and correct copy of an email exchange between Mr. Matthew Bieber and Mr. Jared Barcenas regarding costs associated with Henderson Legal deposition services, dated October 7, 2010.

5.      Attached as Exhibit 4 is a true and correct copy Defendants' Notice of Deposition of Plaintiff Technology Patents LLC Pursuant to Rule 30(b)(6), dated June 30, 2009.

Dated: October 31, 2012                                      */s/Kevin E. Cadwell*
                                                             Kevin E. Cadwell