# EXHIBIT 3



| Matthew Bieber <mbieber@hendersonlegalservices.com> 10/07/2010 09:16 AM | To | "jbarcenas@kirkland.com" <jbarcenas@kirkland.com> |
|---|---|---|
| | cc | |
| | bcc | |
| | Subject | FW: TPLLC - HLS Rates |

Jared,

Please see our transcript copy rates for both regular delivery and expedited delivery below, as well as our exhibits page rates.

| Cities | Transcript | | Exhibits |
|---|---|---|---|
| | Regular | Expedited | |
| Palo Alto, CA | $2.90 | $5.75 | $0.25 |
| Walnut Creek, CA | $2.90 | $5.75 | $0.25 |
| San Francisco, CA | $2.90 | $5.75 | $0.25 |
| San Diego, CA | $2.90 | $5.75 | $0.25 |
| Los Angeles, CA | $2.95 | $5.85 | $0.25 |
| Washington DC | $2.50 | $3.40 | $0.25 |
| Dallas, TX | $2.50 | $4.50 | $0.25 |
| Seattle, WA | $2.95 | $5.85 | $0.40 |
| Bellevue, WA | $2.95 | $5.85 | $0.40 |
| Atlanta, GA | $2.50 | $3.70 | $0.25 |
| Mundelein, IL | $2.65 | $5.00 | $0.25 |
| Tampa, FL | $2.95 | $5.85 | $0.25 |
| Ithaca, NY | $2.60 | $4.90 | $0.25 |
| Arlington, VA | $2.50 | $3.40 | $0.25 |
| Overland Park, KS | $2.75 | $4.75 | $0.25 |
| Basking Ridge, NJ | $2.95 | $5.60 | $0.25 |

Let me know if you need anything else.

Thanks,

**Matthew J. Bieber**
**Billing Coordinator**
**Henderson Legal Services**
**1015 15th Street, NW, Suite 525**
**Washington, DC 20005**
*ph: 202.220.4158 ext. 4180*
*fax: 202.220.4162*
mbieber@hendersonlegalservices.com
www.hendersonlegalservices.com



*Nationwide Deposition Services*

**From:** Jared Barcenas [mailto:jbarcenas@kirkland.com]
**Sent:** Wednesday, October 06, 2010 5:18 PM
**To:** Matthew Bieber

**Subject:** TPLLC - HLS Rates

Matt,

Per our conversation this afternoon, I've attached the list of cities for which I need the following information: Henderson Legal Services' regular and expedited rates for (1) transcript copy costs and (2) exhibit costs.

<u>Cities</u>
Palo Alto, CA
Walnut Creek, CA
San Francisco, CA
San Diego, CA
Los Angeles, CA
Washington DC
Dallas, TX
Seattle, WA
Bellevue, WA
Atlanta, GA
Mundelein, IL
Tampa, FL
Ithaca, NY
Arlington, VA
Overland Park, KS
Basking Ridge, NJ

Jared Barcenas

************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
************************************************************