**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| TECHNOLOGY PATENTS LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 8:07-cv-3012 (AW) |
| | ) | |
| v. | ) | |
| | ) | |
| DEUTSCHE TELEKOM AG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ROBERT J. WILLIAMS REGARDING TAXABLE COSTS**

I, Robert J. Williams, declare as follows:

1.      I am an attorney in the law firm of Covington & Burling LLP, counsel of record for Defendant Palm, Inc. ("Palm") in this matter.  The matters set forth herein are true and correct to my own personal knowledge and, if called as a witness, I could and would testify competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of invoices reflecting costs incurred by Palm, Inc. in connection with its defense in the above-captioned case entered on the Bill of Costs submitted herewith.  These costs have necessarily been incurred in this case in order to mount a defense against the allegations of plaintiff Technology Patents LLC.  The services charge on the invoices attached in Exhibit 1 were actually performed, and were necessarily performed in connection with that defense.

3.      Attached hereto as Exhibit 2 is a true and correct copy of the Court's Guidelines for Bills of Cost.

I declare under penalty of perjury under the laws of the United States and the State of

Maryland that the foregoing is true and correct.

Executed in San Francisco, California on November 2, 2012.


*/s/ Robert J. Williams*

Robert J. Williams