**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| TECHNOLOGY PATENTS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEUTSCHE TELEKOM AG, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 8:07-cv-3012 (AW) |

**JOINT CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiff and the below-identified Defendants file this Joint Consent Motion for extension of time. The below-identified Defendants filed Bills of Costs on October 31, 2012 and November 2, 2012, at Papers [1568]-[1571]. Because (i) a mandate from the Court of Appeals for the Federal Circuit has not issued, (ii) the time for requesting rehearing on appeal has not expired, and (iii) this Court's Order dated October 28, 2011 [1562], the parties hereby move for, and consent to, extensions of time as set forth below:

- The deadline for Plaintiff to respond to Defendants' Bills of Costs filed October 31, 2012 and November 2, 2012 is extended to and including thirty-one (31) days after the issuance by the Court of Appeals of a mandate in connection with the appeal in this case; and

- The deadline for Defendants AT&T Mobility, Cellco Partnership, Palm, and Sprint-Nextel to file memoranda in support of motions for attorney fees is extended to and including fifty-two (52) days after the issuance by the Court of Appeals of a mandate in connection with the appeal in this case.

Respectfully submitted,


  /s/ *Veronica B. Nannis*
Timothy F. Maloney, Bar No. 03381
tmaloney@jgllaw.com
Veronica B. Nannis, Bar No. 15679
vnannis@jgllaw.com
6404 Ivy Lane
Suite 400
Greenbelt, Maryland 20770
301.220.220 (voice)
301.220.1214 (fax)


  /s/ *Joseph A. Rhoa*
Joseph A. Rhoa
NIXON AND VANDERHYE PC
901 N Glebe Rd 11th Fl
Arlington, VA 22203
(703) 816-4000 (Tel)
(703) 816-4100 (Fax)
jar@nixonvan.com

**Attorneys for Plaintiff Technology Patents LLC**


  /s/ *Kevin P. Anderson*
(signed with permission of Kevin P. Anderson)
Thomas W. Kirby (MD Bar No 04798)
James H. Wallace, Jr. *(Pro Hac Vice)*
Kevin P. Anderson (*Pro Hac Vice*)
**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000 (Tel.)
(202) 719-7049 (Fax)
tkirby@wileyrein.com
jwallace@wileyrein.com
kanderson@wileyrein.com

**Attorneys for Defendant,
Cellco Partnership, d/b/a Verizon Wireless**

  /s/ *Brian M. Koide*
(signed with permission of Brian M. Koide)
Richard McMillan, Jr. (MD Bar No. 04955)
Brian M. Koide
**CROWELL & MORING LLP**
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500 (Tel.)
(202) 628-5116 (Fax)
rmcmillan@crowell.com
bkoide@crowell.com

**Attorneys for Defendants, Sprint Nextel Corporation & Helio**

  /s/ *Christopher W. Kennerly*
(signed with permission of C. Kennerly)
Christopher W. Kennerly (admitted *p.h.v.*)
**BAKER BOTTS LLP**
620 Hansen Way
Palo Alto, California 94304
(650) 739-7500 (Tel.)
(650) 739-7699 (Fax)
E-mail: chris.kennerly@bakerbotts.com

Bruce Marcus
Bar No. 06341
**LAW OFFICES OF MARCUS BONSIB, LLC**
6411 Ivy Lane, Suite 116
Greenbelt, MD  20770
Telephone: 301-441-3000  Fax: 301-441-3003
Email: bmarcus@marcusbonsib.com

**Attorneys for Defendant, AT&T Mobility LLC**

  /s/ *Michael Markman*
(signed with permission of Michael Markman)
George F. Pappas
**COVINGTON & BURLING, LLP**
1201 Pennsylvania Ave., NW
Washington, DC 20004-2401
(202) 662-6000 (Tel.)
(202) 662-6291 (Fax)
GPappas@cov.com

Michael M. Markman *(Pro Hac Vice)*

3

Robert J. Williams (*Pro Hac Vice*)
**COVINGTON & BURLING, LLP**
One Front St.
San Francisco, CA 94111
(415) 591-6000 (Tel.)
(415) 591-6091 (Fax)
MMarkman@cov.com
RWilliams@cov.com

***Attorneys for Defendant, PALM, INC.***