# United States Court of Appeals for the Federal Circuit

2011-1581

TECHNOLOGY PATENTS LLC,

Plaintiff-Appellant,

v.

T-MOBILE (UK) LTD., T-MOBILE AUSTRIA GMBH, T-MOBILE CZECH REPUBLIC A.S., T-MOBILE DEUTSCHLAND GMBH, T-MOBILE HUNGARY CO. LTD., T-MOBILE NETHERLANDS B.V., and T-MOBILE SLOVENSKO A.S.,

Defendants-Appellees,

and

ADVANCED INFO SERVICE PLC, also known as AIS, BELL MOBILITY INC., CSL NEW WORLD MOBILITY LIMITED, CHINA MOBILE PEOPLES TELEPHONE COMPANY LIMITED, now known as China Mobile Hong Kong Company Limited, KT FREETEL CO. LTD., now known as KT Corporation, SINGAPORE TELECOM MOBILE PRIVATE LIMITED, SINGAPORE TELECOMMUNICATIONS LIMITED, also known as Singtel, SINGTEL OPTUS PTY LIMITED, STARHUB MOBILE PTE LTD., and TELSTRA CORPORATION LIMITED,

Defendants-Appellees,

and

AMERICA MOVIL, S.A.B. DE C.V., CLARO, S.A., AMX ARGENTINA, S.A., and RADIOMOVIL DIPSA, S.A. DE C.V., also known as Telcel,

Defendants-Appellees,

and

BELGACOM MOBILE S.A., also known as Proximus, MOBILKOM AUSTRIA AG, SFR, also known as Societe Francaise De Radiotelephone S.A., SMARTONE MOBILE COMMUNICATIONS LIMITED, TANGO S.A., VODAFONE CZECH REPUBLIC A.S., VODAFONE D2 GMBH, also known as Vodafone Germany, VODAFONE ESPANA S.A., VODAFONE ESSAR LTD., VODAFONE HUNGARY MOBILE TELECOMMUNICATIONS LTD., VODAFONE IRELAND LTD., VODAFONE LIBERTEL B.V., VODAFONE LIMITED, also known as Vodafone UK, VODAFONE NETWORK PTY. LTD., VODAFONE NEW ZEALAND, VODAFONE

OMNITEL N.V., VODAFONE PORTUGAL, COMUNICACOES PESSOAIS, S.A., VODAFONE TELEKOMUNIKASYON A.S., also known as Vodafone Turkey, and VODAFONE-PANAFON HELLENIC TELECOMMUNICATIONS COMPANY S.A., also known as Vodafone-Panafon S.A.,

                Defendants-Appellees,
and

TNL PCS S.A., also known as OI,

                Defendant-Appellee,
and

BASE N.V./S.A., E-PLUS MOBILFUNK GMBH & CO. KG, and KPN B.V.,

                Defendants-Appellees,
and

BERMUDA DIGITAL COMMUNICATIONS LTD.,

                Defendant-Appellee,
and

BOUYGUES TELECOM S.A.,

                Defendant-Appellee,
and

CHUNGHWA TELECOM CO. LTD., FAR EASTONE TELECOMMUNICATIONS CO. LTD., and TAIWAN MOBILE CO., LTD.,

                Defendants-Appellees,
and

CLICKATELL (PTY) LTD.,

                Defendant-Appellee,
and

FRANCE TELECOM ESPANA S.A., also known as Orange Spain, FRANCE TELECOM S.A., MOBISTAR N.V., ORANGE AUSTRIA TELECOMMUNICATION GMBH, formerly known as One GmbH, ORANGE COMMUNICATIONS S.A., also known as Orange Switzerland, ORANGE FRANCE S.A., ORANGE PLC, also known as Orange U.K., ORANGE S.A., ORANGE SLOVENSKO A.S., and VOX MOBILE S.A.,

              Defendants-Appellees,
         and

H3G S.P.A., also known as 3 Italia, HUTCHISON 3G AUSTRIA GMBH, HUTCHISON 3G UK LIMITED, and HUTCHISON TELECOMMUNICATIONS (HONG KONG) LIMITED,

              Defendants-Appellees,
         and

KDDI CORPORATION,

              Defendant-Appellee,
         and

PCCW MOBILE HK LIMITED,

              Defendant-Appellee,
         and

YAHOO! INC.,

              Defendant-Appellee,
         and

KABUSHIKI KAISHA NTT DOCOMO and SOFTBANK MOBILE CORP.,

              Defendants-Appellees,
         and

M3 WIRELESS LTD.,

              Defendant-Appellee,
         and

NETCOM AS, now known as TeliaSonera Norge AS and TELIA DANMARK A/S,

              Defendants-Appellees,
         and

TMN – TELECOMUNICACOES MOVEIS NACIONAIS, S.A.,

              Defendant-Appellee,
         and

TELEFONICA GERMANY GMBH & CO. OHG (formerly known as Telefonica O2 Germany GmbH & CO. OHG), TELEFONICA UK LIMITED (formerly known as O2 UK Limited), TELEFONICA IRELAND LIMITED (formerly known as Telefonica O2 Ireland Limited), PEGASO PCS, S.A. DE C.V., TELEFONICA MOVILES ARGENTINA, S.A., TELEFONICA MOVILES ESPANA, S.A.U., TELEFONICA CZECH REPUBLIC (formerly known as Telefonica O2 Czech Republic, A.S.), and VIVO, S.A.,

              Defendants-Appellees,
      and

PANNON GSM TELECOMMUNICATIONS LTD., SONOFON A/S, SWISSCOM MOBILE A.G., TDC A/S, TDC SWITZERLAND AG, also known as Sunrise, TELENOR MOBIL A.S., and TOTAL ACCESS COMMUNICATION PLC, also known as DTAC,

              Defendants-Appellees,
      and

SONAECOM-SERVICOS DE COMUNICACOES, S.A.,

              Defendant-Appellee,
      and

TELECOM ITALIA S.P.A., TELECOM PERSONAL S.A., TIM CELULAR S.A., and TIM PARTICIPACOES S.A., also known as Tim Brazil,

              Defendants-Appellees,
      and

TRUE MOVE COMPANY LIMITED,

              Defendant-Appellee,
      and

WIND HELLAS TELECOMMUNICATIONS S.A. and WIND TELECOMUNICAZIONI SPA,

              Defendants-Appellees,
      and

AVEA ILETISIM HIZMETLERI A.S.,

              Defendant-Appellee,
      and

T-MOBILE USA, INC.,

Defendant-Appellee,

and

AT&T MOBILITY LLC,

Defendant-Appellee,

and

TELE-MOBILE COMPANY, also known as Telus Mobility,

Defendant-Appellee,

and

ROGERS WIRELESS PARTNERSHIP,

Defendant-Appellee,

and

MICROSOFT CORPORATION,

Defendant-Appellee,

and

PALM, INC.,

Defendant-Appellee,

and

CELLCO PARTNERSHIP, doing business as Verizon Wireless,

Defendant-Appellee,

and

HELIO, LLC, and SPRINT NEXTEL CORPORATION,

Defendants-Appellees,

and

LG ELECTRONICS MOBILECOMM U.S.A., INC.,

Defendant-Appellee,

and

MOTOROLA, INC., now known as Motorola Solutions, Inc.,

Defendant-Appellee,

and

IDEA CELLULAR LIMITED,

Defendant,

and

DEUTSCHE TELEKOM AG, MOBILEONE LTD., ORANGE LIMITED, ORANGE NEDERLAND N.V., TURKCELL ILETISIM HIZMETLERI A.S., and UPSIDE WIRELESS INC., also known as IPIPI,

Defendants,

and

MOTOROLA MOBILITY, INC.,

Intervenor.

## Judgment

ON APPEAL from the United States District Court for the District of Maryland in CASE NO. 07-CV-3012.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED IN PART and VACATED AND REMANDED IN PART**

ENTERED BY ORDER OF THE COURT

DATED OCT 17 2012

Jan Horbaly, Clerk

ISSUED AS A MANDATE: FEB - 5 2013

I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
CERTIFIED COPY
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 2/5/13