IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| TECHNOLOGY PATENTS LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEUTSCHE TELEKOM AG, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 8:07-cv-3012 (AW) |

## AFFIDAVIT OF PETER A. SWANSON
## IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S BILL OF COSTS

Pursuant to 28 U.S.C. § 1746, I, Peter A. Swanson, hereby declare as follows:

1. I am an attorney in the law firm of Covington & Burling LLP, counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter. The following facts are within my personal knowledge, and, if called and sworn as a witness, I could and would testify competently to them.

2. I have reviewed the items claimed in Microsoft's Bill of Costs, and I affirm that they are correct to the best of my knowledge.

3. All costs claimed in Microsoft's Bill of Costs were necessarily incurred in the matter.

4. Any services for which Microsoft has claimed costs in its Bill of Costs were actually and necessarily performed in the course of this matter.

5. All costs claimed in Microsoft's Bill of Costs reflect only the standard copy rates for printed copies of the depositions, in conformity with this Court's Guidelines for Bills of Costs, § II.D.2.a.

6. Attached as Exhibit 1 are true and correct copies of all invoices relevant to Microsoft's Bill of Costs.

7. Attached as Exhibit 2 is a true and correct copy of Plaintiff TPLLC's Notice of Taking Deposition of Defendant Microsoft Pursuant to Rule 30(B)(6) of the Federal Rules of Civil Procedure.

8. Attached as Exhibit 3 is a true and correct copy of Defendants' Notice of Deposition of Plaintiff Technology Patents LLC Pursuant to Rule 30(b)(6).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 15, 2013 at Washington, D.C.

*Peter Swanson*
Peter A. Swanson