# Swanson Affidavit: Exhibit 1

# LEGALINK, INC. 
## MERRILL LEGAL SOLUTIONS
135 Main Street, 4th Floor    Phone: (415) 357-4300
San Francisco, CA 94105    Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20092331 | 07/16/2009 | 2005-421050 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/08/2009 | LDC | |

**CASE CAPTION**

Technology Patents LLC vs. Deutsche Telekom AG

**TERMS**

Immediate, sold FOB Merrill facility

Ryan H. Budish
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Aris Mardirossian, Vol. 1           294 Pages @    2.75/Page       808.50
        EXHIBITS                         51 Pages @     .70/Page        35.70
        TotalTranscript                                                 40.00
        Process/Delivery                                                30.00
        Interactive Realtime            260.00 Pages @  1.95/Page      507.00
        Unedited ASCII (RT)             260.00 Pages @  1.50/Page      390.00

                                        TOTAL  DUE  >>>>             1,811.20

                                        AFTER 8/15/2009 PAY          1,901.76
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

TAX ID NO.: 20-2665382    (202) 662-6000    Fax (202) 662-6291

*Please detach bottom portion and return with payment.*

Ryan H. Budish
Covington & Burling
1201 Pennsylvania Avenue, N.W.
Washington, DC 20004

Invoice No.: 20092331
Date       : 07/16/2009
**TOTAL DUE** :   1,811.20
AFTER 8/15/2009 PAY : 1,901.76

Job No.  : 2005-421050
Case No. :
Technology Patents LLC vs. Deutsche

Remit To:    LegaLink, Inc.
              File 70206
              Los Angeles, CA 90074-0206

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS
135 Main Street, 4th Floor  
San Francisco, CA 94105  
Phone: (415) 357-4300  
Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20092341 | 07/17/2009 | 2005-421052 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/09/2009 | LDC | |

**CASE CAPTION**

Technology Patents LLC vs. Deutsche Telekom AG

**TERMS**

Immediate, sold FOB Merrill facility

Ryan H. Budish  
Covington & Burling  
1201 Pennsylvania Avenue, N.W.  
Washington, DC 20004

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Aris Mardirossian, Vol. 2        334 Pages @     2.75/Page       918.50
        EXHIBITS                     455 Pages @      .70/Page       318.50
        TotalTranscript                                                40.00
        Process/Delivery                                               30.00
        Interactive Realtime         293.00 Pages @   1.95/Page       571.35
        Unedited ASCII (RT)          293.00 Pages @   1.50/Page       439.50
        Administrative Fee                                             34.40

                                     TOTAL  DUE  >>>>               2,352.25

                                     AFTER 8/16/2009 PAY            2,469.86

Do you have audio recordings you need transcribed? Count on Merrill for high-quality au
dio recording transcription services by litigation support experts. Contact your local
Merrill office today or email audiotran@merrillcorp.com to submit your work request or
for more information.

***Administrative fee - conference call @ 10c/min for 344 minutes**
```

TAX ID NO.: 20-2665382                                       (202) 662-6000   Fax (202) 662-6291

*Please detach bottom portion and return with payment.*

Ryan H. Budish  
Covington & Burling  
1201 Pennsylvania Avenue, N.W.  
Washington, DC 20004

```
Invoice No.:  20092341
Date       :  07/17/2009
TOTAL DUE  :  2,352.25
AFTER 8/16/2009 PAY : 2,469.86


Job No.    :  2005-421052
Case No.   :
Technology Patents LLC vs. Deutsche
```

Remit To: **LegaLink, Inc.**  
**File 70206**  
**Los Angeles, CA 90074-0206**

# LEGALINK, INC.
## MERRILL LEGAL SOLUTIONS
135 Main Street, 4th Floor  
San Francisco, CA 94105  
Phone: (415) 357-4300  
Fax: (415) 357-4301

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 20092317 | 07/16/2009 | 2005-421054 |

| JOB DATE | REPORTER(S) | CASE NUMBER |
|---|---|---|
| 07/10/2009 | LDC | |

**CASE CAPTION**

Technology Patents LLC vs. Deutsche Telekom AG

**TERMS**

Immediate, sold FOB Merrill facility

Ryan H. Budish  
Covington & Burling  
1201 Pennsylvania Avenue, N.W.  
Washington, DC 20004

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    Aris Mardirossian, Vol. 3           229 Pages @    2.75/Page      629.75
        EXHIBITS                         78 Pages @     .70/Page       54.60
        TotalTranscript                                                 40.00
        Color Copies                    9.00 Pages @   1.50/Page       13.50
        Process/Delivery                                                30.00
        Interactive Realtime          197.00 Pages @   1.95/Page      384.15
        Unedited ASCII (RT)           197.00 Pages @   1.50/Page      295.50

                                      TOTAL  DUE  >>>>              1,447.50

                                      AFTER 8/15/2009 PAY           1,519.88
```

Do you have audio recordings you need transcribed? Count on Merrill for high-quality audio recording transcription services by litigation support experts. Contact your local Merrill office today or email audiotran@merrillcorp.com to submit your work request or for more information.

TAX ID NO.: 20-2665382                                    (202) 662-6000   Fax (202) 662-6291

*Please detach bottom portion and return with payment.*

Ryan H. Budish  
Covington & Burling  
1201 Pennsylvania Avenue, N.W.  
Washington, DC 20004

Invoice No.: 20092317  
Date       : 07/16/2009  
**TOTAL DUE** :   1,447.50  
AFTER 8/15/2009 PAY : 1,519.88

Job No.    : 2005-421054  
Case No.   :  
Technology Patents LLC vs. Deutsche

Remit To:  LegaLink, Inc.  
           File 70206  
           Los Angeles, CA 90074-0206

# INVOICE

**Henderson Legal Services, Inc.**
An Affiliate of National Depo
1015 15th Street, NW, Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

Please note our new address is:

**Bill To:** Ryan Budish, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

**Invoice #:** DC25749
**Invoice Date:** 09/28/2009
**Balance Due:** $ 1,307.95

**Case:** Technology Patents Llc v. Deutsche Telekom Ag, et al.
**Job #:** 9523 | **Job Date:** 7/30/2009 | **Delivery:** Expedited
**Billing Atty:**
**Location:** K & L Gates
925 Fourth Avenue | Suite 2900 | Seattle, WA 98104-1158

| # | | Description | Unit | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 30 (b)(6) (Microsoft) | Exhibits | Per page | 813.00 | $0.25 | $203.25 |
| 2 | | Transcript - copy/copies | Page | 366.00 | $2.95 | $1,079.70 |
| 3 | | Shipping & handling | Package | 1.00 | $25.00 | $25.00 |

**Notes:** Transcript copy, regular delivery

**Invoice Total:** $1,307.95
**Payment:**
**Credits:**
**Balance Due:** $1,307.95

Fed. Tax ID: 20-3132569     Term: Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to:  National Depo

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #_____  Exp. Date_____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** DC25749
**Job #:** 9523
**Invoice Date:** 09/28/2009

**Balance:** $ 1,307.95

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1

# INVOICE

## Henderson Legal Services, Inc.
An Affiliate of National Depo

**Please note our new address is:**
1015 15th Street, NW, Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

**Bill To:** Ryan Budish, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

**Invoice #:** DC25742
**Invoice Date:** 09/28/2009
**Balance Due:** $ 836.50

**Case:** Technology Patents Llc v. Deutsche Telekom Ag, et al.
**Job #:** 9804 | **Job Date:** 9/3/2009 | **Delivery:** Normal
**Billing Atty:**
**Location:** Covington & Burling
One Front Street | San Francisco, CA 94111

| # | | Description | Unit | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 30 (b)(6) Microsoft - Amanda Mills | Transcript - copy/copies | Page | 170.00 | $2.95 | $501.50 |
| 2 | | Exhibits | Per page | 220.00 | $0.25 | $55.00 |
| 3 | | Transcript - Rough ASCII | Page | 170.00 | $1.50 | $255.00 |
| 4 | | Shipping & handling | Package | 1.00 | $25.00 | $25.00 |

**Notes:** transcript copy, regular delivery

**Invoice Total:** $836.50
**Payment:**
**Credits:**
**Balance Due:** $836.50

**Fed. Tax ID:** 20-3132569     **Term:** Due Upon Receipt

**TERMS:** Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card #  _____  Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** DC25742
**Job #:** 9804
**Invoice Date:** 09/28/2009
**Balance:** $ 836.50

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1

# INVOICE

## Henderson Legal Services, Inc.
An Affiliate of National Depo
1015 15th Street, NW, Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

**Please note our new address is:**

**Bill To:** Ryan Budish, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

**Invoice #:** DC25752
**Invoice Date:** 09/28/2009
**Balance Due:** $ 665.25

**Case:** Technology Patents Llc v. Deutsche Telekom Ag, et al.
**Job #:** 9849  |  **Job Date:** 9/11/2009  |  **Delivery:** Normal
**Billing Atty:**
**Location:** K & L Gates
925 Fourth Avenue | Suite 2900, Conference Room 6 | Seattle, WA 9

| # | Description | | Unit | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | Thomas Pack 30 (b)(6) Microsoft | Transcript - copy/copies | Page | 135.00 | $2.95 | $398.25 |
| 2 | | Transcript - Rough ASCII | Page | 135.00 | $1.50 | $202.50 |
| 3 | | Exhibits | Per page | 158.00 | $0.25 | $39.50 |
| 4 | | Shipping & handling | Package | 1.00 | $25.00 | $25.00 |

**Notes:** transcript copy, regular delivery

**Invoice Total:** $665.25
**Payment:**
**Credits:**
**Balance Due:** $665.25

**Fed. Tax ID:** 20-3132569    **Term:** Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

---

**Please tear off stub and return with payment.**

Make check payable to: **National Depo**

☐ Visa  ☐ MC  ☐ Amex  ☐ Discover  ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** DC25752
**Job #:** 9849
**Invoice Date:** 09/28/2009

**Balance:** $ 665.25

Please remit payment to:
**National Depo**
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1

# INVOICE

**Henderson Legal Services, Inc.**
An Affiliate of National Depo
1015 15th Street, NW, Suite 525
Washington, DC 20005
Tel: 202-220-4158
Fax: 202-220-4162

Please note our new address is:

**Bill To:** Ryan Budish, Esq.
Covington & Burling
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401

**Invoice #:** DC26932
**Invoice Date:** 12/28/2009
**Balance Due:** $ 422.40

**Case:** Technology Patents Llc v. Deutsche Telekom Ag, et al.
**Job #:** 10389 | **Job Date:** 11/13/2009 | **Delivery:** Normal
**Billing Atty:**
**Location:** K & L Gates
925 Fourth Avenue | Suite 2900 | Seattle, WA 98104-1158

| # | | Description | Unit | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | 30 (b)(6) (microsoft) | Transcript - copy/copies | Page | 87.00 | $2.95 | $256.65 |
| 2 | | Transcript - Rough ASCII | Page | 87.00 | $1.50 | $130.50 |
| 3 | | Exhibits | Per page | 41.00 | $0.25 | $10.25 |
| 4 | | Shipping & handling | Package | 1.00 | $25.00 | $25.00 |

**Notes:** Transcript copy, regular delivery.

**Invoice Total:** $422.40
**Payment:**
**Credits:**
**Balance Due:** $422.40

**Fed. Tax ID:** 20-3132569   **Term:** Due Upon Receipt

TERMS: Payable upon receipt. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments or refunds will be made after 90 days.

*Please tear off stub and return with payment.*

Make check payable to: **National Depo**

☐ Visa ☐ MC ☐ Amex ☐ Discover ☐ Lock Box

Credit Card # _____ Exp. Date _____

SIGNATURE (AS IT APPEARS ON CREDIT CARD)

PRINT NAME (AS IT APPEARS ON CREDIT CARD)

DAYTIME PHONE

**Invoice #:** DC26932
**Job #:** 10389
**Invoice Date:** 12/28/2009
**Balance:** $ 422.40

Please remit payment to:
National Depo
P.O. Box 404743
Atlanta, Ga 30384-4743

Page 1 of 1