# Swanson Affidavit: Exhibit 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| TECHNOLOGY PATENTS LLC, <br><br> Plaintiff, <br><br> v. <br><br> DEUTSCHE TELEKOM AG, et al., <br><br> Defendants. | ) <br> ) <br> ) Civil Action No. 8:07-cv-3012 (AW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF TPLLC'S NOTICE OF TAKING DEPOSITION OF DEFENDANT MICROSOFT PURSUANT TO RULE 30(b)(6) OF THE FEDERAL RULES OF CIVIL PROCEDURE

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiff Technology Patents LLC (TPLLC) will take the deposition upon oral examination of Defendant Microsoft Corp. through one or more of its officers, directors, managing agents, or other persons who are knowledgeable and consent to testify on its behalf with respect to each of the subject matters listed in the attached Schedule A.

The deposition(s) will be upon oral examination before a Notary Public or other officer authorized by law to administer oaths. The testimony will be recorded by stenographically. The deposition(s) shall be held beginning at 9 a.m. on July 24, 2009 at the offices of COVINGTON & BURLING LLP, 1201 Pennsylvania Avenue, NW, Washington, DC 20004-2401, or at some other time and location as mutually agreed by counsel or as the Court may order. The deposition(s) will continue until completed. Terms herein are used as defined in TPLLC's second set of interrogatories to you. You are invited to attend and cross-examine the witness(es).

Respectfully submitted,

-2-

\_\_\_\_\_/s/_____ *Joseph A. Rhoa /JSG*
Joseph A. Rhoa (FBN 12902)
NIXON & VANDERHYE P.C.
901 North Glebe Road, 11th Floor
Arlington, Virginia 22203-1808
Tel: (703) 816-4000
Fax: (703) 816-4100
jar@nixonvan.com

Attorney for Plaintiff TPLLC

## SCHEDULE A

### TOPICS TO BE QUESTIONED ABOUT

1. Identification of all U.S. carriers and foreign carriers that you have agreements or contracts with referring or relating to messaging such as SMS and/or IM messaging, the subject matter and requirements of such agreements/contracts, how revenue splitting or allocation with respect to messaging charges, revenues and/or fees is determined under these agreements/contracts, description of all payments under such agreements/contracts since October 9, 2007 and what such payments were for, the amount of revenue you have exchanged with each U.S. carrier and foreign carrier (quarterly or semi-annually) since October 9, 2007 concerning each of SMS, MMS and IM messaging (each broken out separately, by carrier), and an explanation and description of how such revenues were calculated or determined under each agreement/contract.

2. Identification of any and all revenue that you have received from U.S. carriers and foreign carriers (broken down by revenue from each such carrier) relating to their subscribers receiving SMS messages sent via any of Windows Live Messenger, Outlook 2007 (including but not limited to Outlook 2007 via Microsoft Office Outlook 2007, other versions of Outlook 2007, SMS Link for Outlook 2007, OMS, and MOSA), and/or MSN Messenger (or Messenger), including Windows Live, Orange Messenger and Mobistar Messenger, the revenue broken down quarterly or semi-annually since October 9, 2007; and a description of how such revenue was determined or calculated and under what contract(s) or agreement(s) such revenue was paid.

3. The number of SMS messages (including email-to-SMS, and IM as SMS) sent via each of Windows Live Messenger, Outlook 2007 (including but not limited to Outlook 2007 via Microsoft Office Outlook 2007, other versions of Outlook 2007, SMS Link for Outlook 2007, OMS, and MOSA), and/or MSN Messenger (or Messenger), including Windows Live, Orange Messenger and Mobistar Messenger, quarterly or semi-annually since October 9, 2007; a description of the number of such SMS messages that were sent or directed to each U.S. carrier and each foreign carrier with which you have an agreement(s) or contract(s) (e.g., AT&T, T-Mobile, Verizon Wireless, Rogers, Bell Mobility, Telus, China Mobile, Vodafone U.K., Orange U.K., O2 U.K., Orange France, any other Orange carrier, Vodafone Germany, Vodafone Essar, Airtel, etc.); how many of those messages were originated in the United States; and a description of how such numbers and revenue were determined or calculated and under what contract(s) or agreement(s) such revenue was paid.

4. The number of SMS messages (including email-to-SMS, and IM as SMS) sent via each of Windows Live Messenger, Outlook 2007 (including but not limited to Outlook 2007 via Microsoft Office Outlook 2007, other versions of Outlook 2007, SMS Link for Outlook 2007, OMS, and MOSA), and/or MSN Messenger (or Messenger), including Windows Live, Orange Messenger and Mobistar Messenger, quarterly or semi-annually since October 9, 2007, to each of the following carriers broken out separately: AT&T, T-Mobile, Verizon Wireless, Rogers, Bell Mobility, Telus, China Mobile, Vodafone U.K., Orange U.K., O2 U.K., Orange France, any other Orange carrier, Vodafone Germany, Vodafone Essar, Airtel, and any other foreign carrier with whom you have a relationship; how many of such messages to each carrier were originated in the United States and how many were originated in foreign countries; and a description of how such numbers were determined or calculated.

5. Description and identification of you annual revenues (gross and net) and operating profits before taxes, quarterly or semi-annually, for each of Windows Live Messenger, Outlook 2007 (Outlook 2007 as used herein includes Outlook 2007 via Microsoft Office Outlook 2007, other versions of Outlook 2007, SMS Link for Outlook 2007, OMS, and MOSA), and/or MSN Messenger (or Messenger), including Orange Messenger and Mobistar Messenger, since October 9, 2007, including but not limited to revenues and profits from messaging and advertisements, and a description of how such revenues and profits were calculated.

6. How much subscribers of U.S. and foreign carriers are charged for receiving SMS messages (including IM as SMS) from each of Windows Live Messenger, Outlook 2007, and MSN Messenger, or sending SMS messages to these products; who determines how much such subscribers are charged for receiving such messages; whether there are any contracts or agreements between you and any U.S. or foreign carrier(s) relating to such charges and the subject matter of such contracts or agreements; and how much each U.S. and foreign carrier pays to you for each SMS message from any of your above-listed products received by its subscribers.

7. Structure, function, and operation of each of Windows Live Messenger, Outlook 2007 (Outlook 2007 as used herein includes Outlook 2007 via Microsoft Office Outlook 2007, other versions of Outlook 2007, SMS Link for Outlook 2007, OMS, and MOSA), and/or MSN Messenger (or Messenger), including Orange Messenger and Mobistar Messenger, including how email, SMS (including email-to-SMS, and IM as SMS) and IM messages are routed from each of these products to U.S. and foreign carriers including how such messages are routed and through which nodes they are routed or flow; how such routing is determined; whether SMS messages can be sent to international numbers via these products; identification of all IP-based links or networks involved in such routing; the function, name and location of each such node including but not limited to the locations of server(s) hosting or supporting Windows Live Messenger and Outlook 2007; the name and location of each node involved in the routing or handling of such SMS messages; functionality and location of your SMS GWs and IM servers; functionality and location of your SMS Apps (e.g., Maguire, Office, IM,, HM); functionality of WAP PUSH and SMPP; SS7, HTTPS and SMTP connections to carriers and aggregators; identification and functionality of any SMS aggregators; the relationship between Windows Live Messenger and the Windows Live website; and whether any node involved in the routing of these messages conducts retries and in what situations such retries are conducted.

8. Message flows for each of SMS, email, and IM messages between Microsoft (e.g., Windows Live Messenger, Outlook 2007, MSN Messenger, and your IM servers) and carriers such as AT&T Mobility, T-Mobile, Verizon Wireless, Rogers, China Mobile, Telus, Bell Mobility, Vodafone U.K., TIM Italy, Vodafone Italy, and Wind Italy, including how such messages are routed between you and such carriers, through which nodes the messages flow and how such routes are determined, and the name, location, function and operation of each such node.

9. The number of SMS messages (including IM as SMS) sent via each of Windows Live Messenger, Outlook 2007, and MSN Messenger, with the number of domestic and international messages broken out separately, quarterly or semi-annually since October 9, 2007, the number of such messages that originated in the U.S., and a description of how such numbers were determined or

calculated.

10. The number of SMS messages (including IM as SMS) sent via each of Windows Live Messenger, Outlook 2007, and MSN Messenger, with the number of messages addressed to U.S. numbers and to non-U.S. numbers broken out separately, quarterly or semi-annually since October 9, 2007, the number of such messages that originated in the U.S., and a description of how such numbers were determined or calculated.

11. Structure, function, and operation of Yavox, Sybase 365 and E2E in the routing of SMS and/or IM messages between you and foreign carriers/countries.

12. The date when SMS functionality (including IM as SMS), U.S. and international, was first commercially introduced to each of Windows Live Messenger, Outlook 2007, and MSN Messenger.

13. Identify and explain the nature of all upgrades, new versions, or other modifications made to each of Windows Live Messenger, Outlook 2007, and MSN Messenger, since October 9, 2007, and for each such upgrade, new version or other modification explain the nature of the change made and the approximate date(s) when it was made or implemented.

14. Structure, function and operation of all non-infringing alternatives which you contend provide the same or similar benefits and advantages of the systems claimed in the Reissued '870 patent.

15. The number of downloads of each of Windows Live Messenger, Outlook 2007, and MSN Messenger since October 9, 2007, including the number of such downloads from servers or other computers located in the United States, and including the number of such downloads where the product was downloaded by customers in the United States and customers in foreign countries; and the identity of all CDN servers mentioned in your response to Interrogatory No. 22 that are located in the United States and identification and location of all servers in the United States from which any of Outlook 2007, Windows Live Messenger, and/or MSN Messenger are downloaded to locations outside the United States.

16. Describe how MS IM clients (e.g., re Messenger) for mobile handsets are downloaded and have been downloaded since October 9, 2007, including the name and location of all servers or other computers that such clients are downloaded from, the flow of the products during the downloads, how customers in the U.S. download such clients including the flow of the products during such downloads; and how customers in Canada, Mexico, the U.K. and France MS IM clients including the flow of the products during such downloads and the name and locations of servers or other computers from which they are downloaded.

17. Identification and description of any and all revenue that you have exchanged with any U.S. carriers and any foreign carriers (broken down by revenue to/from each such carrier) relating to IM and/or SMS messaging since October 9, 2007, and describe the values of all such revenues, dates of payments, and under what contracts or agreements such revenues were paid.

18. Identification of any and all revenue that you have received from U.S. carriers and foreign

carriers (broken down by revenue from each such carrier) relating to their subscribers sending and/or receiving IM messages via any MS (Microsoft) IM client, the revenue broken down quarterly or semi-annually since October 9, 2007; and a description of how such revenue was determined or calculated and under what contract(s) or agreement(s) such revenue was paid.

19. Description of any requirements (e.g., device requirements, messaging requirements, protocol requirements, software requirements, etc.) that you provide to any U.S. carriers, or that any U.S. carriers provide to you, with respect to IM messaging, IM clients, or SMS messaging.

20. Retries conducted by any of your IM servers or SMS GWs, or any other nodes in connection with IM and/or SMS messaging.

21. The number of IM messages sent and received by your IM clients, quarterly or semi-annually since October 9, 2007, and a breakdown of the number of IM messages sent to, and received from, mobile handsets having MS IM clients of each of AT&T Mobility, T-Mobile, Sprint Nextel, Verizon Wireless, Rogers, Telus, Bell Mobility, Fido, Telcel, China Mobile, Vodafone U.K., Orange U.K., Orange France, and Helio, the number of such messages that were originated in the United States, your revenue and profits before taxes associated with such messages, and a description of how such numbers, revenue and profits were determined or calculated.

22. The number of IM messages sent via each of Windows Live Messenger, Outlook 2007, and MSN Messenger, quarterly or semi-annually since October 9, 2007, to each U.S. and foreign carrier with which you have a relationship, broken out separately per carrier, the number or such messages that were originated in the U.S., and a description of how such numbers were determined or calculated.

23. How much subscribers of U.S. and foreign carriers are charged for receiving or sending IM and/or SMS messages from each of Windows Live Messenger, Outlook 2007, and MSN Messenger, includind MS IM clients on mobile handsets; who determines how much such subscribers are charged for receiving or sending such messages; whether there are any contracts or agreements between you and any U.S. or foreign carrier(s) relating to such charges and the subject matter of such contracts or agreements; whether you receive a portion of data plan charges from any of the carriers; and how much each U.S. and foreign carrier pays to you for each such message or for groups of messages sent and/or received via any of your above-listed products.

24. Structure, function, message flow, and operation of IM messaging where IM messages are originated via a mobile handset of any U.S. carrier to a mobile handset of any U.S. or foreign carrier (e.g., where an MS IM client is on at least one of the handsets), including the routing of such messages, how such messages are routed, the nodes involved in such routing, the names, locations, functionality and purpose of such nodes, and whether any such nodes perform retries.

25. The number of IM messages sent via each of Windows Live Messenger, Outlook 2007, and MSN Messenger, with the number of domestic and international messages broken out separately, quarterly or semi-annually since October 9, 2007.

26. Identification and description of all revenue that you have received as a result of subscribers

of U.S. or foreign carriers sending or receiving IM messages, or having IM messaging capability, since October 9, 2007, quarterly or semi-annually, including but not limited to any and all revenue you have received from carriers in this respect, and a description of how such revenue was determined or calculated.

27. Description including values of your annual revenues (gross and net) and operating profits before taxes, semi-annually, from advertisements in connection with each of Windows Live Messenger, Outlook 2007, and MSN Messenger, since October 9, 2007, including for any ad which has been provided on any of Windows Live Messenger, Outlook 2007, and MSN Messenger since October 9, 2007, and a description of how such revenues and profits were calculated and determined..

28. Description of your annual revenues (gross and net) and operating profits before taxes, semi-annually, from non-ad versions of any of Windows Live (including but not limited to Windows Live Messenger), Outlook 2007, and Messenger (including but not limited to fees as set forth at Bates No. TP0074026), quarterly or semi-annually since October 9, 2007.

29. The number of subscribers or customers for each of Windows Live Messenger, Outlook 2007, and MSN Messenger, and the number of such subscribers who have sent SMS messages via these products since October 9, 2007.

30. Identification and description of all IM servers, and servers hosting or supporting any of Windows Live Messenger, Outlook 2007, and/or MSN Messenger, that you first put into operation, or upgraded or reconfigured, on or after October 9, 2007, and if upgraded or reconfigured since October 9, 2007 a description of the nature of the upgrade or reconfiguration.

31. How much you charge or have charged your subscribers or customers since October 9, 2007, for each of SMS and IM messages sent to U.S. mobile numbers, non-U.S. mobile numbers, handsets of U.S. carriers, and handsets of foreign carriers, and a description of how such charges were calculated or determined.

32. Your total revenue, gross and net, and profits for each of SMS and IM messaging (each broken out separately) semi-annually since October 9, 2007, and a description of how such revenues and profits were determined or calculated.

33. Any and all payments, to or from you, under your agreements/contracts with U.S. and foreign carriers, how such payments are determined or calculated and what they are for, and the values of all such payments since October 9, 2007.

34. Identification of the corporate entity(ies) that: (i) owns your IM servers, (ii) receives revenues relating to IM messaging and from U.S. carriers, and (iii) owns the servers supporting or hosting Windows Live Messenger.

35. Identification of all gateways (or aggregators) (e.g., Verisign, Syniverse, Tata, Acient, and Sybase 365) that you have agreements or contracts with relating to messaging, the subject matter and requirements of such agreements/contracts, how revenue is allocated or paid pursuant to such

agreements/contracts, how often the gateways provide you with messaging reports and the content thereof, how many SMS and IM messages you have forwarded to and received from such gateways since October 9, 2007, how much you have paid each such gateway since October 9, 2007, and how such numbers were calculated or determined.

36. Whether you have monitored or analyzed the content of any messages of Aris Mardirossian since October 9, 2007, and the circumstances surrounding the same.

37. How it is determined whether or not an IM payload is sent via SMS; in what situations is an IM delivered as an SMS.

38. Your projected growth of each of SMS, MMS and IM messaging over the next three years, the next five years, and the next ten years.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing document was served this 28th day of June, 2009, via email, on at least counsel for defendants listed below:

_____/JSR
Joseph A. Rhoa

Thomas Kirby
James H. Wallace, Jr.
Kevin P. Anderson
WILEY REIN LLP
1776 K Street, NW
Washington, DC 20006
Tel: (202) 719-7000
*Attorneys for Defendant Cellco Partnership
d/b/a Verizon Wireless*

Robert L. Green, Jr. (MD Bar No. 03625)
David W. Long
Andrew Sommer
HOWREY LLP
1299 Pennsylvania Ave. NW
Washington, DC 20004
Tel: (202) 783-0800
*Attorney for Motorola Inc.*

Michael M. Markman
COVINGTON & BURLING LLP
One Front Street
San Francisco, CA 94111
Tel: (415) 591-6000
*Attorneys for Palm, Inc.*

B.C. Boren
Chris Kennerly
BAKER BOTTS LLP
2001 Ross Ave, Suite 600
Dallas, TX 75201-2980
*Attorneys for AT&T Mobility LLC*

Richard McMillan, Jr.
Brian M. Koide
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
Tel: (202) 624-2500
*Attorneys for Sprint Nextel Corporation*

Michael A. Ladra
Stefani E. Shanberg
Robin L. Brewer
WILSON SONSINI GOODRICH & ROSATI, Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Tel: (650) 493-9300
*Attorneys for Clickatell*

George F. Pappas
Richard L. Rainey
Peter A. Swanson
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401
Tel: (202) 662-6000
*Attorneys for Microsoft & Palm*

Linda L. Kordziel
Fish & Richardson P.C.
1425 K Street, N.W., 11th Floor
Washington, DC 20005
Tel: (202) 783-5070
*Attorneys for LG Electronics
Mobilecomm U.S.A., Inc.*

Josh A. Krevitt
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166-0193
Tel: (212) 351-3903
*Attorneys for Helio, LLC*

Stuart J. Sinder
Elizabeth S. Tse
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel: (212) 908-6151
*Attorneys for Defendants
Deutsche Telekom AG,
T-Mobile Deutschland GmbH,
T-Mobile (UK), Ltd.,
T-Mobile Austria GmbH,
T-Mobile Netherlands B.V.,
T-Mobile Czech Republic a.s.,
T-Mobile Slovensko a.s.,
T-Mobile Hungary Co. Ltd,*

*T-Mobile USA,*
*Orange Nederland*

Gianni Cutri
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Tel: (312) 861-2000
*Attorneys for Defendant Yahoo!, Inc.*

Jin-Suk Park
AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Ave., NW
Washington, DC 20036
Tel: (202) 887-4465
*Attorneys for Defendants Samsung*
*Telecommunications America, LLC and*
*Samsung Electronics Co., Ltd.*