# JOSEPH, GREENWALD & LAAKE, P.A.
## ATTORNEYS AT LAW

**Timothy F. Maloney**
*Attorney at Law*

Joseph, Greenwald & Laake, P.A.
6404 Ivy Lane, Suite 400
Greenbelt, MD 20770
Direct Dial: (301) 220-2200
Direct Fax: (301) 220-1214
Email: tmaloney@jgllaw.com
**www.jgllaw.com**

February 15, 2013

<u>***VIA ECF***</u>

The Honorable Alexander Williams, Jr.
United States District Court for the District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

      Re:    *Technology Patents LLC v. Deutsche Telekom AG, et al.*
               Civil Action No. 8:07-cv-03012-AW

Dear Judge Williams:

      The purpose of this letter is to update the Court on the status of this case on remand. No particular argument is made herein. These are simply some of the issues/disputes that Plaintiff has identified on remand.

      The Federal Circuit issued a mandate on February 5, 2013. In particular, the Federal Circuit, *inter alia*, (a) affirmed the grant of summary judgment of noninfringement to the domestic carriers, (b) vacated/remanded the summary judgment of noninfringement regarding the so-called "software providers" (i.e., Clickatell, Yahoo and Microsoft) with respect to claims 11, 12, 14, 21-24 and 26-28 of the Reissued '870 patent, and (c) did not rule on whether the foreign carriers were subject to personal jurisdiction. To the extent it may have any bearing on how this Court wishes to handle this case on remand or on the timing, Plaintiff notes that it intends to file a *petition for certiorari* with the Supreme Court in April of 2013.

      Issues on remand include, but may not be limited to:

- Whether Clickatell and Yahoo are liable for infringement of claims 11, 12, 14, 21-24 and 26-28, in view of their websites for international text messaging.

- Whether Microsoft is liable for infringement of claims 11, 12, 14, 21-24 and 26-28, due to new Microsoft commercial activities which appear to have begun in 2012 and could not have been previously asserted. In this respect, Plaintiff would like to assert this new Microsoft infringement in this case on remand.

- Discovery: (i) damages discovery regarding Clickatell and Yahoo from August 2009 to the current; (ii) technical and damages discovery regarding the new Microsoft infringements; and (iii) expert reports and discovery as the vacated/remanded

---

> summary judgment in favor of Clickatell, Yahoo and Microsoft was entered before expert reports were served.

- Whether this Court's new Local Rules regarding patents (July 2011) are applicable on remand. For example, new L.R. 804 requires a claim chart for infringement contentions, and new L.R. 805 requires a claim chart for claim construction. The claim chart required by the previous Scheduling Order in this case is similar to the claim construction claim chart of new L.R. 805. There was no requirement for an infringement contention claim chart similar to that called for in new L.R. 804. Accordingly, if Plaintiff wishes to add the new Microsoft infringement (which appears to have begun in 2012) to this case on remand, it is unclear whether there will be a requirement for a new infringement contention claim chart (see L.R. 804), and/or whether there is any need to amend Plaintiff's 2009 claim chart which is similar to the claim construction claim chart called for in L.R. 805.

- Whether and which motions for costs/fees should be addressed now, or after a final judgment is entered.

A status call may be appropriate.

Sincerely,

JOSEPH, GREENWALD & LAAKE, P.A.

/s/

By: Timothy F. Maloney

cc: Counsel of Record