**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| TECHNOLOGY PATENTS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEUTSCHE TELEKOM AG, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 8:07-cv-3012 (AW) |

**DECLARATION OF LINDA LIU KORDZIEL**

I, Linda Liu Kordziel, declare and state as follows:

1. I am an attorney at Fish & Richardson P.C. in Washington, DC, and represent LG Electronics Mobilecomm U.S.A., Inc. ("LG") in the above captioned matter. I make this declaration on personal knowledge and to the best of my knowledge, information and belief.

2. Attached as Exhibit 1 are true and correct copies of all invoices relevant to LG's Bill of Costs.

3. The items claimed in LG's Bill of Costs are correct, were necessarily incurred in this case, and the services for which fees have been charged were actually and necessarily performed.

> I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated:  February 18, 2013

_____/s/ Linda Kordziel_____
Linda Liu Kordziel