IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| TECHNOLOGY PATENTS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION 8:07-cv-03012 |
| DEUTSCHE TELEKOM AG ET AL., | § § § | |
| Defendants. | § | |

**MOTOROLA SOLUTIONS, INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 AND LOCAL RULE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule CV-103(3), and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, Motorola Solutions, Inc. ("MSI") (f/k/a Motorola, Inc.), by counsel, certifies the following:

1. Motorola Solutions, Inc. is a Delaware corporation and is publicly traded under the ticker symbol MSI.

2. ValueAct Capital Management LP held 10.31% of Motorola Solutions, Inc.'s common stock as of October 26, 2012.

DC:680770.2

Respectfully submitted,

Dated:  February 19, 2013

By: /s/ Andrew R. Sommer

Jonathan E. Retsky (*pro hac vice*)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
T: (312) 558-3791
F: (312) 558-5700
Email: jretsky@winston.com

Andrew R. Sommer (*pro hac vice*)
WINSTON & STRAWN LLP
1700 K Street, NW
Washington, DC 20006
T:  (202) 282-5896
F:  (202) 282-5100
Email: asommer@winston.com

*Counsel for Motorola Solutions, Inc. (f/k/a Motorola, Inc.)*

DC:680770.2

**CERTIFICATE OF SERVICE**

I certify that on February 19, 2013, all counsel of record were served with a copy of this document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule CV-102.1(c), if they have consented to electronic service, or (2) by electronic mail, pursuant to FRCP 5(b)(2)(D), if they have not so consented.

        */s/ Andrew R. Sommer*
        Andrew R. Sommer