Exhibit 1

# Federal judge dismisses patent-infringement lawsuit

Posted: 6:00 pm Sun, August 7, 2011
By Steve Lash
Daily Record Legal Affairs Writer

Like    Sign Up to see what your friends like.

Tweet  1

A federal judge in Greenbelt has dismissed a Potomac-based company's bid to hold eight major U.S. cellphone makers and service providers liable for allegedly infringing on the firm's patented text-messaging technology for users traveling overseas.

Technology Patents LLC had claimed the companies — including AT&T, Verizon and Sprint — illegally used, marketed and sold to customers the patented ability to program into their cellphones a list of the foreign countries in which they would accept text messages.

But the defendant companies said their cellphone service did not use the patented technology, as customers could not program into their phone more than one country at a time in which they would accept text messages.

U.S. District Court Judge Alexander Williams Jr. agreed with the defendants last week.

In a published memorandum opinion, he stated that no infringement could have occurred because Technology Patents' patented text-messaging technology was "fundamentally different" than the service used, sold or marketed by the telecom companies.

Williams' dismissal was the latest blow to the patent-infringement lawsuit Technology Patents filed on Nov. 8, 2007, against 131 U.S. and foreign telecommunications companies.

In August 2008, Williams dismissed Technology Patents' claim against 123 foreign telecommunications companies. He said the federal court lacked personal jurisdiction over the foreign defendants because they neither advertised nor provided service to Maryland residents.

The remaining, U.S. defendants were AT&T Mobility Corp., T-Mobile USA Inc., Verizon Wireless, Sprint Nextel Corp., Motorola Inc., Palm Inc., LG Electronics Mobilecomm USA Inc. and Helio LLC.

"We are very gratified that the trial court took seriously the volume of pleadings filed by literally hundreds of lawyers," said Bruce L. Marcus, AT&T Mobility's attorney. "The breadth, depth and complexity of this case were extraordinary."

Williams had tasked Marcus, of MarcusBonsib LLC, with being the liaison between the court and the defense attorneys for the 131 defendants. Marcus said Friday that he hoped the choice was made due to his competence and not simply because his Greenbelt office was the closest to the federal courthouse.

Technology Patents' attorney, Joseph A. Rhoa, did not return telephone or email messages seeking comment Friday. Rhoa is with Nixon & Vanderhye PC in Arlington, Va.

In its lawsuit, Technology Patents sought unspecified monetary damages and a permanent injunction barring the companies from providing international text-messaging services that infringed on the patented technology.

The litigation centered on the scope of a patent the U.S. Patent and Trademark Office reissued to Technology Patents on Oct. 9, 2007. The patent, referred to as the '870 Patent in court papers, enables cellphone users to designate several countries in which they are willing to accept texts.

Previous systems enabled users to input only one country in which they are willing to accept texts, according to Williams' opinion.

Technology Patents said the companies infringed by using, selling and marketing a system "substantially similar" to the patented technology.

But Williams, in the 24-page opinion, concluded that the system used by the defendants is significantly different in that it does not allow cellphone users to put in a second country, let alone a list of countries.

The defendants' systems "possess no features that bear more than a passing resemblance to the second-country designation and ordered list" of countries featured in Technology Patents' patent, Williams wrote.