**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

Technology Patents LLC

    Plaintiff,

    v.

Deutsche Telekom AG, *et al.*

    Defendants.

**Civil Action No. 8:07-cv-03012-AW**

## ORDER

Upon consideration of Defendants Sprint Nextel Corporation, Cellco Partnership, AT&T), Palm, Inc., LG Electronics Mobilecomm U.S.A., Inc., Motorola, Inc.'s Bills of Costs (ECF 1567, 1568, 1570, 1571, 1577, 1579, Plaintiff's Consolidated Objection thereto, it is this _____ day of_____, 2013, by the United States District Court for the District of Maryland,

**ORDERED** that, Defendants Sprint Nextel Corporation, Cellco Partnership, AT&T), Palm, Inc., LG Electronics Mobilecomm U.S.A., Inc., Motorola, Inc.'s Bills of Costs  be, and the same hereby are, **DENIED.**

        _____
        Clerk of the Court
        United States District Court for the District of Maryland