**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| TECHNOLOGY PATENTS LLC, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION 8:07-cv-03012 |
| DEUTSCHE TELEKOM AG ET AL., | § § § | |
| Defendants. | § | |

## SPRINT'S JOINDER OF REPLY MEMORANDUMS IN SUPPORT OF BILL OF COSTS

Defendant Sprint Nextel Corporation ("Sprint") joins Defendant Microsoft Corporation's Reply Memorandum in Support of Its Bill of Costs (Dkt. 1584) (hereinafter "Microsoft Reply") and Defendant Motorola, Inc.'s Reply to Plaintiff's Consolidated Objection to Defendants' Bills of Costs (hereinafter "Motorola Reply").

Plaintiff Technology Patents LLC ("TPLLC") argues that Sprint's Bill of Cost is premature because the Federal Circuit remanded certain issues with respect to Defendants Clickatell and Yahoo!. *See* Pl.'s Consolidated Obj. to Def. Bill of Costs at 4-5 (Dkt 1582). As stated in Sprint's Bill of Costs, the Federal Circuit affirmed summary judgment of non-infringement on all patent claims asserted against Sprint. *See* Sprint's Mem. In Supp. Of Its Bill of Costs (Dkt. 1567-2). Sprint joins Microsoft's and Motorola's Replies on whether judgment is final. *See* Microsoft Reply at 2-3; Motorola Reply at 2-4.

Second, TPLLC contends that the costs of the transcripts should be denied because they were not all necessarily incurred. Pl.'s Consolidated Obj. to Def. Bill of Costs at 5-9, and 14-15. As summarized in Micosoft's Reply, TPLLC's argument ignores clear directives, including this Court's own Guidelines

for Bills of Costs and decisions in this District, which authorize costs for depositions of a party to the case.  Microsoft's Reply at 5-6[1] ; Motorola Reply at 5-11.

Sprint is a prevailing party in this lawsuit and entitled to costs.  Accordingly, Sprint respectfully requests that the Clerk order that Plaintiff be taxed with costs to Sprint in the amount of $15,846.40, as demonstrated in Sprint's Bill of Costs and supporting memorandum.

Dated: March 21, 2013        By:

*/s Brian M. Koide*
Brian M. Koide (MD Bar No. 17749)
**CROWELL & MORING LLP**
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500 (Tel.)
(202) 628-5116 (Fax)
bkoide@crowell.com
**Attorney for Defendants Sprint Nextel Corp. and Helio, LLC**

---

[1]    Sprint joins the Microsoft Reply at pages 5-6, but notes that unlike Microsoft, Sprint's own deposition transcripts were not cited in the motion for summary judgment.

## **CERTIFICATE OF SERVICE**

I certify that on March 21, 2013 all counsel of record were served with a copy of this *Joinder* by the Court's Electronic Filing System, pursuant to Local Rule CV-102.1(c).

*/s Brian M. Koide*

Brian M. Koide