**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

|  |  |
|---|---|
| TECHNOLOGY PATENTS LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEUTSCHE TELEKOM AG, et al., ) <br> ) <br> Defendants. ) | Civil Action No. 8:07-cv-3012 (AW) |

**DEFENDANT CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS' JOINDER IN REPLY MEMORANDA IN SUPPORT OF BILL OF COSTS**

Defendant Cellco Partnership d/b/a Verizon Wireless ("Verizon Wireless") joins Defendant Microsoft Corporation's Reply Memorandum in Support of Its Bill of Costs (Dkt. 1584) (hereinafter "Microsoft Reply") and Defendant Motorola, Inc.'s Reply to Plaintiff's Consolidated Objection to Defendants' Bills of Costs (Dkt. 1585) (hereinafter "Motorola Reply").

Plaintiff Technology Patents LLC ("TPLLC") argues that Verizon Wireless' Bill of Costs is premature because the Federal Circuit remanded certain issues with respect to Clickatell and Yahoo!. *See* Pl.'s Obj. to Def. Bill of Costs at 4-5 (Dkt 1582). As stated in Verizon Wireless' Bill of Costs, the Federal Circuit affirmed summary judgment of non-infringement on all patent claims asserted against Verizon Wireless. *See* Verizon Wireless' Mem. In Supp. Of Its Bill of Costs (Dkt. 1568-2). Verizon Wireless joins Microsoft's and Motorola's Replies on whether judgment is final. *See* Microsoft Reply at 2-3; Motorola Reply at 2-4.

Second, TPLLC contends that the costs of the transcripts should be denied because they were not all necessarily incurred. Pl.'s Consolidated Obj. to Def. Bill of Costs at 5-9, and 14-15.

As summarized in Microsoft's Reply, TPLLC's argument ignores clear directives, including this Court's own Guidelines for Bills of Costs and decisions in this District, which authorize costs for depositions of a party to the case.  Microsoft's Reply at 5-6; Motorola Reply at 5-11.

Verizon Wireless is a prevailing party in this lawsuit and entitled to costs.  Accordingly, Verizon Wireless respectfully requests that the Clerk order that Plaintiff be taxed with costs to Verizon Wireless in the amount of $20,616.84, as demonstrated in Verizon Wireless' Bill of Costs and supporting memorandum.

Dated:   March 25, 2013            Respectfully submitted,

    /s/  Kevin P. Anderson
Thomas W. Kirby (MD Bar No 04798)
James H. Wallace, Jr. *(Pro Hac Vice)*
Kevin P. Anderson (*Pro Hac Vice*)
**WILEY REIN LLP**
1776 K Street, NW
Washington, DC 20006
(202) 719-7000 (Tel.)
(202) 719-7049 (Fax)
tkirby@wileyrein.com
jwallace@wileyrein.com
kanderson@wileyrein.com

**Attorneys for Defendant Cellco Partnership d/b/a Verizon Wireless**

## **CERTIFICATE OF SERVICE**

      I certify that on March 25, 2013, all counsel of record were served with a copy of this document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule CV-102.1(c), if they have consented to electronic service, or (2) by electronic mail, pursuant to FRCP 5(b)(2)(D), if they have not so consented.

                                               */s/ Kevin P. Anderson*
                                               Kevin P. Anderson