IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| TECHNOLOGY PATENTS LLC, | § § § § | |
| Plaintiff, | § | Civil Action No. 8:07-cv-03012-AW |
| vs. | § § § | |
| DEUTSCHE TELEKOM AG, *et al*. | § § | |
| Defendants. | § § | |

**DEFENDANT AT&T MOBILITY LLC'S JOINDER IN REPLY MEMORANDA IN SUPPORT OF BILL OF COSTS**

Defendant AT&T Mobility LLC ("AT&T Mobility") joins Defendant Microsoft Corporation's Reply Memorandum in Support of Its Bill of Costs (Dkt. 1584) (hereinafter "Microsoft Reply") and Defendant Motorola, Inc.'s Reply to Plaintiff's Consolidated Objection to Defendants' Bills of Costs (Dkt. 1585) (hereinafter "Motorola Reply").

On March 7, 2013, Plaintiff Technology Patents LLC ("TPLLC") filed a Consolidated Objection to Defendants' Bills of Costs. (Dkt. 1582.) As an initial matter, TPLLC argues that AT&T Mobility's Bill of Costs is premature because the Federal Circuit remanded certain issues with respect to Clickatell and Yahoo!. (*See id.* at 4-5.) But as stated in AT&T Mobility's Bill of Costs, AT&T Mobility prevailed on all patent claims asserted against it (*See* Dkt. 1538-1) and the Federal Circuit affirmed summary judgment of non-infringement on all patent claims asserted against AT&T Mobility. AT&T Mobility joins Microsoft's and Motorola's Replies on whether judgment is final. *See* Microsoft Reply at 2-3; Motorola Reply at 2-4.

TPLLC also contends that the costs of the transcripts should be denied because they were not all necessarily incurred. (Dkt. 1582 at 5-20.) As summarized in Microsoft's and Motorola's Replies, TPLLC's argument ignores clear directives, including this Court's own Guidelines for Bills of Costs and decisions in this District, which authorize costs for depositions of a party to the case. Microsoft Reply at 5-6; Motorola Reply at 5-9. TPLLC adds to this argument that the costs of deposition transcripts and exhibits should be apportioned among all the defendants. Actually, each party is entitled to recover its separately incurred costs. (*See* Motorola Reply at 8-9.) AT&T Mobility's Bill of Costs accurately reflects the costs AT&T Mobility incurred to purchase copies (and many of these costs reflect only AT&T Mobility's pro-rata share). (*See* 1538-1 at 3-8 (stating that AT&T Mobility seeks recovery of only its pro-rata share of costs associated with depositions noticed by TPLLC and the deposition of TPLLC).) Therefore, AT&T Mobility should be reimbursed for those amounts.

Finally, TPLLC argues that the costs should be limited or denied because the issues in the case were "close." (Dkt. 1582 at 20-22.) But AT&T Mobility prevailed on summary judgment on three separate grounds confirming that the issues were not close. In disposing of the case on summary judgment, the Court necessarily determined that there were no genuine issues of material fact and that no reasonable jury could have found for TPLLC on infringement. That ruling was affirmed in its entirety by the Federal Circuit. *See also* Motorola Reply at 9-11; Microsoft Reply at 6.

AT&T Mobility is a prevailing party in this lawsuit and entitled to costs. Accordingly, AT&T Mobility respectfully requests that the Clerk order that TPLLC be taxed with costs to AT&T Mobility in the amount of $22,854.10, as demonstrated in AT&T Mobility's Bill of Costs and supporting memorandum. (*See* Dkt. 1538; 1538-1.)

Dated: April 1, 2013

By: /s/ *Christopher W. Kennerly*
Bryant C. Boren, Jr., Lead Attorney (admitted *p.h.v.*)
Texas Bar No. 02664100
California Bar No. 260602
E-mail: bryant.c.boren@bakerbotts.com
Christopher W. Kennerly (admitted *p.h.v.*)
Texas Bar No. 00795077
California Bar No. 255932
E-mail: chris.kennerly@bakerbotts.com
Kevin E. Cadwell (admitted *p.h.v.*)
Texas Bar No. 24036304
California Bar No. 255794
E-mail: kevin.cadwell@bakerbotts.com
**BAKER BOTTS LLP**
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA 94304
Telephone: 650-739-7500
Facsimile: 650-739-7699

Bruce Marcus
Bar No. 06341
**LAW OFFICES OF MARCUS BONSIB, LLC**
6411 Ivy Lane, Suite 116
Greenbelt, MD 20770
Telephone: 301-441-3000
Facsimile: 301-441-3003
Email: bmarcus@marcusbonsib.com

**ATTORNEYS FOR AT&T MOBILITY, LLC**

**CERTIFICATE OF SERVICE**

      I certify that on April 1, 2013, all counsel of record were served with a copy of this document either: (1) by the Court's Electronic Filing System, pursuant to Local Rule CV-102.1(c), if they have consented to electronic service, or (2) by electronic mail, pursuant to FRCP 5(b)(2)(D), if they have not so consented.

                                      */s/ Christopher W. Kennerly*